1  Scott H. Jacobs (SBN 81980)
2  Christopher O. Rivas (SBN 238765)
   REED SMITH LLP
3  355 S. Grand Avenue, Suite 2900
   Los Angeles, CA 90071
4  Telephone: 213.457.8000
   Facsimile: 213.457.8080
5
6  Attorneys for Defendants WMC
   Mortgage, LLC and GE Consumer
7  Finance, Inc.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>Plaintiff<br><br>vs.<br><br>WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp., a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity; Does 1 thru 100, inclusive.<br><br>Defendants. | Case No.: CV 08 2677<br><br>**DECLARATION OF SCOTT H. JACOBS IN SUPPORT OF DEFENDANTS WMC MORTGAGE, LLC AND GE CONSUMER FINANCE, INC.'S NOTICE OF REMOVAL** |

– 1 –

Declaration of Scott H. Jacobs In Support of WMC Mortgage, LLC
and GE Consumer Finance, Inc.'s Notice of Removal

DOCSLA-15641736

I, Scott H. Jacobs, hereby declare and say:

1. I am a partner with the law firm of Reed Smith LLP, attorneys for defendants WMC Mortgage, LLC (successor in interest to "WMC Mortgage Corporation") and GE Consumer Finance, Inc. in this action. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of WMC Mortgage, LLC and GE Consumer Finance, Inc.'s Notice of Removal.

3. I caused to be reviewed the Marin County Superior Court files and docket sheet in this action on May 28, 2008. This review showed that there was no proof of service or any other record indicating that defendants Select Portfolio Servicing Corporation, Fairbanks Holding Corporation, and Land Title Company of Marin had been served with the complaint and summons.

4. I caused to be reviewed the Marin County Superior Court calendar for this matter displayed on the Marin County Superior Court website on May 27, 2008. A true and correct copy of this online calendar is attached hereto as Exhibit "A." This review showed that there is a hearing for an Order to Show Cause re: Proof of Service scheduled for June 20, 2008.

///

///

— 2 —
DOCSLA-15641736
Declaration of Scott H. Jacobs In Support of WMC Mortgage, LLC
and GE Consumer Finance, Inc.'s Notice of Removal

1    I declare under penalty of perjury under the laws of the United States and the
2    State of California that the foregoing is true and correct. Executed this 28th day of
3    May, 2008, at Los Angeles, California.

_____
Scott H. Jacobs

DOCSLA-15641736

— 3 —
DOCSLA-15641736
Declaration of Scott H. Jacobs In Support of WMC Mortgage, LLC
and GE Consumer Finance, Inc.'s Notice of Removal

# EXHIBIT A

## Calendar by Case Number containing: "081763"
Sorted by Litigant Name

| LITIGANT NAME | DATE | TIME | RM | CASE NUM. | CASE TYPE |
|---|---|---|---|---|---|
| BARBERA, PATRICIA C | 06/11/08 | 09:00 AM | B | CIV081763 | OSC/TRO |
| BARBERA, PATRICIA C | 06/20/08 | 09:00 AM | B | CIV081763 | OSC RE: PROOF OF SERVICE |
| BARBERA, PATRICIA C | 07/22/08 | 09:00 AM | B | CIV081763 | OSC RE: FILING OF ANSWER |
| BARBERA, PATRICIA C | 08/29/08 | 09:00 AM | B | CIV081763 | CASE MANAGEMENT CONFERENCE |
| CALIFORNIA LAND TITLE COMPANY OF MARIN | 06/11/08 | 09:00 AM | B | CIV081763 | OSC/TRO |
| CALIFORNIA LAND TITLE COMPANY OF MARIN | 06/20/08 | 09:00 AM | B | CIV081763 | OSC RE: PROOF OF SERVICE |
| CALIFORNIA LAND TITLE COMPANY OF MARIN | 07/22/08 | 09:00 AM | B | CIV081763 | OSC RE: FILING OF ANSWER |
| CALIFORNIA LAND TITLE COMPANY OF MARIN | 08/29/08 | 09:00 AM | B | CIV081763 | CASE MANAGEMENT CONFERENCE |
| FAIRBANKS CAPITAL HOLDING CORP., A DELAWARE CORPORATION | 06/11/08 | 09:00 AM | B | CIV081763 | OSC/TRO |
| FAIRBANKS CAPITAL HOLDING CORP., A DELAWARE CORPORATION | 06/20/08 | 09:00 AM | B | CIV081763 | OSC RE: PROOF OF SERVICE |
| FAIRBANKS CAPITAL HOLDING CORP., A DELAWARE CORPORATION | 07/22/08 | 09:00 AM | B | CIV081763 | OSC RE: FILING OF ANSWER |
| FAIRBANKS CAPITAL HOLDING CORP., A DELAWARE CORPORATION | 08/29/08 | 09:00 AM | B | CIV081763 | CASE MANAGEMENT CONFERENCE |
| GE CONSUMER FINANCE | 06/11/08 | 09:00 AM | B | CIV081763 | OSC/TRO |
| GE CONSUMER FINANCE | 06/20/08 | 09:00 AM | B | CIV081763 | OSC RE: PROOF OF SERVICE |
| GE CONSUMER FINANCE | 07/22/08 | 09:00 AM | B | CIV081763 | OSC RE: FILING OF ANSWER |
| GE CONSUMER FINANCE | 08/29/08 | 09:00 AM | B | CIV081763 | CASE MANAGEMENT CONFERENCE |
| SELECT PORTFOLIO SERVICING, INC | 06/11/08 | 09:00 AM | B | CIV081763 | OSC/TRO |
| SELECT PORTFOLIO SERVICING, INC | 06/20/08 | 09:00 AM | B | CIV081763 | OSC RE: PROOF OF SERVICE |
| SELECT PORTFOLIO SERVICING, INC | 07/22/08 | 09:00 AM | B | CIV081763 | OSC RE: FILING OF ANSWER |

| | | | |
|---|---|---|---|
| SELECT PORTFOLIO SERVICING, INC | 08/29/08 09:00 AM B | CIV081763 | CASE MANAGEMENT CONFERENCE |
| WMC MORTGAGE CORPORATION, A CALIFORNIA CORPORATION | 06/11/08 09:00 AM B | CIV081763 | OSC/TRO |
| WMC MORTGAGE CORPORATION, A CALIFORNIA CORPORATION | 06/20/08 09:00 AM B | CIV081763 | OSC RE: PROOF OF SERVICE |
| WMC MORTGAGE CORPORATION, A CALIFORNIA CORPORATION | 07/22/08 09:00 AM B | CIV081763 | OSC RE: FILING OF ANSWER |
| WMC MORTGAGE CORPORATION, A CALIFORNIA CORPORATION | 08/29/08 09:00 AM B | CIV081763 | CASE MANAGEMENT |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On May 28, 2008, I served the following document(s) by the method indicated below:

**DECLARATION OF SCOTT H. JACOBS IN SUPPORT OF DEFENDANTS WMC MORTGAGE, LLC AND GE CONSUMER FINANCE, INC.'S NOTICE OF REMOVAL**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949
Telephone: (415) 382-9617
Facsimile: (415) 382-0756
In Pro Per

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 28, 2008, at Los Angeles, California.

*Patty Keen* (signature)
Patty Keen