```
Scott H. Jacobs (SBN 81980)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendants
WMC Mortgage, LLC and
GE Consumer Finance, Inc.
```

E-filing

FILED
08 MAY 28 PM 2:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

PATRICIA C. BARBERA,

    Plaintiff

vs.

WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp., a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity; Does 1 thru 100, inclusive.

    Defendants.

Case No.: CV 08 2677 PJH

[Removal from Superior Court of California, County of Marin, Case No. CV 081763]

**NOTICE OF INTERESTED PARTIES OF DEFENDANTS WMC MORTGAGE, LLC AND GE CONSUMER FINANCE, INC.**

– 1 –
Notice of Interested Parties of Defendants WMC Mortgage LLC and GE Consumer Finance, Inc.

DOCSLA-15641733

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
2  DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION:
3      Pursuant to Fed. R. Civ. P. 7.1 and Civil Local Rule 3-16, the undersigned,
4  counsel for defendants WMC Mortgage, LLC (successor in interest to "WMC
5  Mortgage Corporation") and GE Consumer Finance, Inc., certify that the following
6  listed persons, firms, partnerships, corporations (including parent corporations) or
7  other entities (i) have a financial interest in the subject matter in controversy or in a
8  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in
9  a party that could be substantially affected by the outcome of this proceeding:

10
11     1.   WMC Mortgage, LLC – Named defendant in this action; WMC
12            Mortgage has a financial interest in the subject matter in controversy
13
14     2.   GE Consumer Finance, Inc. – Named defendant in this action; GE
15            Consumer Finance, Inc. has a financial interest in the subject matter in
16            controversy
17
18     3.   GE Money Bank – Branch of General Electric Co.; GE Money Bank has
19            a non-financial interest in a party to the proceeding

20  ///
21
22  ///
23
24  ///
25
26  ///
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  4.  General Electric Co. – Parent Company of WMC Mortgage, LLC, GE Consumer Finance, Inc., and GE Money Bank; General Electric Co. has a financial and non-financial interest in a party to the proceeding

DATED: May 28, 2008                    REED SMITH LLP

By _____
Scott H. Jacobs
Christopher O. Rivas
Attorneys for Defendants
WMC Mortgage, LLC and
GE Consumer Finance, Inc.

DOCSLA-15641733

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
DOCSLA-15641733
Notice of Interested Parties of Defendants WMC Mortgage LLC
and GE Consumer Finance, Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On May 28, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF INTERESTED PARTIES OF DEFENDANTS WMC MORTGAGE, LLC AND GE CONSUMER FINANCE, INC.**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949
Telephone: (415) 382-9617
Facsimile: (415) 382-0756
**In Pro Per**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 28, 2008, at Los Angeles, California.

_Patty Keen_
Patty Keen