1  Scott H. Jacobs (SBN 81980)
2  Christopher O. Rivas (SBN 238765)
   REED SMITH LLP
3  355 S. Grand Avenue, Suite 2900
   Los Angeles, CA 90071
4  Telephone:  213.457.8000
   Facsimile:   213.457.8080
5
6  Attorneys for Defendants
   WMC Mortgage, LLC and
7  GE Consumer Finance, Inc.

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11  PATRICIA C. BARBERA,                    Case No.:  3:08-cv-2677-PJH

12           Plaintiff                      **DEFENDANTS WMC MORTGAGE,
                                            LLC AND GE CONSUMER
13      vs.                                 FINANCE, INC.'S
                                            ADMINISTRATIVE MOTION TO
14  WMC MORTGAGE CORPORATION, a             CONSIDER WHETHER CASES
    California corporation; aka WMC Direct, a   SHOULD BE RELATED**
15  California Business Entity; GE Consumer
    Finance, a unit of General Electric     **[REQUEST FOR JUDICIAL NOTICE
16  Company; Select Portfolio Servicing Corp,   FILED CONCURRENTLY
    a Utah Corporation; Fairbanks Holding   HEREWITH]**
17  Corporation, a Delaware Corporation; and
18  Land Title Company of Marin, a
    California Business Entity;
19  Does 1 thru 100, inclusive.

20           Defendants.
21
22
23
24
25
26
27
28

– 1 –                                                            DOCSLA-15642349.2

Defendants WMC Mortgage, LLC and GE Consumer Finance, Inc.'s Administrative Motion to
                    Consider Whether Cases Should Be Related

Pursuant to Rule 3-3(c) and 3-12, defendants WMC Mortgage, LLC ("WMC Mortgage") (successor in interest to "WMC Mortgage Corporation") and GE Consumer Finance ("GECF") (hereinafter collectively referred to as "Defendants"), by and through their attorneys, submit this Administrative Motion to Consider Whether Cases Should be Related. Specifically, Defendants seek to have Plaintiff's current complaint, which as described below is nearly identical to her previously filed complaint, assigned to the Honorable Judge Saundra Brown Armstrong, who has already ruled on these identical issues as between these identical parties.

This Motion is submitted on the grounds that Plaintiff filed a prior action in this court in 2004, *Patricia C. Barbera v. WMC Mortgage Corp., et al.* (Case No. 4:04-cv-03738-SBA) that is related to the present action because: (1) both actions concern substantially the same parties, property, transactions, and events; and (2) there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civ. L.R. 3-12(a). Causes of action in the current complaint which are based on federal law were asserted in the prior action and were *dismissed with prejudice*. This Motion is based on this Motion and the Request for Judicial Notice filed concurrently herewith.

**A.  Brief Statement of the Relationship of the Actions**

On July 23, 2004, Plaintiff filed a complaint against Defendants WMC Mortgage and GECF in Superior Court of California, San Francisco County (*Patricia C. Barbera v. WMC Mortgage Corp., et al.* (Case No. 4:04-cv-03738-SBA)), alleging various federal and state causes of action. Plaintiff's federal causes of actions included violations of: (1) the federal Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*, (2) the federal Home Ownership and Equity Protection Act ("HOEPA"), 15 U.S.C. § 1639; (3) the federal Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605 *et seq.*; and (4) the federal Fair Debt Collections Practices Act, 15 U.S.C. § 1692. [Request for Judicial Notice ("RJN"), Exh. A, Plaintiff's 2004 Complaint.] Plaintiff's state causes of action included: (1) Rescission; (2) Unlawful

predatory lending practices in violation of California Unfair Business Practices Act, Cal. Bus. & Prof. Code § 17200 *et seq*.; (3) Misrepresentation and Inducement in violation of the California Consumer Legal Remedies Act, Cal. Civ. Code § 1750 *et seq*.; (4) Breach of Contract; (5) Usury Damages; (5) Fraud; and (6) Elder Abuse. *Id*. On September 3, 2004, Defendants removed the action to the Northern District of California, San Francisco Division.  [RJN, Exh. B, Defendants' 2004 Removal.]  On December 13, 2004, Plaintiff voluntarily dismissed GECF, without prejudice.  [RJN, Exh. C, Plaintiff's 2004 Notice of Voluntary Dismissal]  On January 19, 2006, the Honorable Judge Saundra Brown Armstrong of the Northern District Court of California, San Francisco Division, dismissed, with prejudice, all of Plaintiff's federal causes of action against WMC Mortgage and remanded Plaintiff's state claims to the Superior Court of California for the County of San Francisco.  [RJN, Exh. D, Court Order Granting WMC Mortgage's Motion to Dismiss With Prejudice.]  Upon remand, on April 3, 2006, the San Francisco Superior Court entered a judgment against Plaintiff, dismissing, *with prejudice*, all of Plaintiff's state claims against WMC Mortgage.  [RJN, Exh. E, San Francisco Superior Court Judgment Dismissing Plaintiff's State Causes of Action.]

      Notwithstanding this Court's prior dismissal with prejudice of Plaintiff's federal causes of action against WMC Mortgage, and the Superior Court's dismissal with prejudice of the state claims after remand, Plaintiff filed the present complaint on April 11, 2008, in the San Francisco Superior court against WMC Mortgage and GECF, and others, alleging the *identical federal causes of action as alleged in her 2004 complaint*.  On May 28, 2008, Defendants filed a Notice of Removal with the Northern District of California, San Francisco Division.  [RJN, Exh. F, Defendant's 2008 Notice of Removal.]

      In addition, Plaintiff's present complaint includes a majority of the same state causes of action that were previously dismissed by the San Francisco Superior Court, including:  (1) Rescission; (2) Unlawful predatory lending practices in violation of

California Unfair Business Practices Act, Cal. Bus. & Prof. Code § 17200 *et seq.*; (3) Misrepresentation and Inducement in violation of the California Consumer Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.*; (4) Breach of Contract; (5) Usury Damages; and (5) Fraud.[1]  Further, both actions are based on almost identical factual allegations related to the same loan at issue that Plaintiff obtained on June 11, 1997.[2]

Indisputably, Plaintiff's 2004 action and the present action at issue concern the same parties, property, transactions, and events.  Indeed, there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted by a judge other than the Honorable Judge Saundra Brown Armstrong, who has already ruled on these issues.  Accordingly, Defendants respectfully request that this Court grant their Administrative Motion to Consider Whether Cases Should Be Related and transfer this matter to the Honorable Judge Saundra Brown Armstrong.

DATED:  June 2, 2008                         REED SMITH LLP


                                             By  /s/ Christopher O. Rivas
                                                 Scott H. Jacobs
                                                 Christopher O. Rivas
                                                 Attorneys for Defendants
                                                 WMC Mortgage, LLC and
                                                 GE Consumer Finance, Inc.

DOCSLA-15642349.2

---

[1] Plaintiff's present complaint includes three additional causes of action:  (1) Breach of fiduciary duty; (2) Negligent Infliction of Emotional Distress; and (3) Unclean Hands.  These three causes of action are also based on almost identical factual allegations asserted in Plaintiff's 2004 complaint and are related to the same loan at issue that Plaintiff obtained on June 11, 1997.

[2] Because these issues have already been ruled on by this Court, Defendants will move to dismiss this action based not only on the substantive and procedural defects therein, but also on the grounds that Plaintiff is collaterally estopped from re-litigating her action.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP<br>A limited liability partnership formed in the State of Delaware.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2

3   I am a resident of the State of California, over the age of eighteen years, and
4   not a party to the within action. I am employed in the office of a member of the bar
5   of this court at whose direction the service was made. My business address is
6   REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

7

8   On June 2, 2008, I electronically filed the following document(s) with the
9   Clerk of the Court using the CM/ECF system, which sent electronic notification of
10  such filing to all other parties appearing on the docket sheet, as listed below.

11

12  DEFENDANTS WMC MORTGAGE, LLC AND GE CONSUMER FINANCE.
    INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
13  SHOULD BE RELATED

14   **Patricia C. Barbera**
15   **24 Caribe Isle**
     **Novato, CA 94949**
16   **Telephone: (415) 382-9617**
17   **Facsimile: (415) 382-0756**
     **In Pro Per**
18

19   I declare under penalty of perjury under the laws of the United States
20  that the above is true and correct. Executed on June 2, 2008, at Los Angeles,
21  California.

22

23

24               /s/Patty Keen
                 Patty Keen
25

26

27

28