1  Scott H. Jacobs (SBN 81980)
2  Christopher O. Rivas (SBN 238765)
   REED SMITH LLP
3  355 S. Grand Avenue, Suite 2900
   Los Angeles, CA 90071
4  Telephone: 213.457.8000
   Facsimile: 213.457.8080
5
6  Attorneys for Defendants
   WMC Mortgage, LLC and
7  GE Consumer Finance, Inc.

8
                UNITED STATES DISTRICT COURT
9
      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

| | |
|---|---|
| PATRICIA C. BARBERA, | Case No.: 3:08-cv-2677-PJH |
| Plaintiff | **ADMINISTRATIVE MOTION OF DEFENDANTS WMC MORTGAGE, LLC, GE CONSUMER FINANCE, INC., AND CALIFORNIA LAND TITLE OF MARIN TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO JUNE 19, 2008** |
| vs. | |
| WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp, a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity; Does 1 thru 100, inclusive. | |
| Defendants. | |

1  Pursuant to Civil Local Rule 6-3, Defendants WMC Mortgage, LLC ("WMC
2  Mortgage") (successor in interest to "WMC Mortgage Corporation"), GE
3  Consumer Finance ("GECF"), and California Land Title of Marin ("California
4  Land") (erroneously sued as "Land Title Company of Marin") (hereinafter,
5  collectively referred to as "Defendants"), by and through their attorneys, submit this
6  Administrative Motion to Extend Time to Respond to plaintiff Patricia C. Barbera's
7  ("Plaintiff") Complaint to June 19, 2008.
8  This Administrative Motion is submitted on the grounds that good cause exists
9  for this Court to extend Defendants' time to respond to Plaintiff's Complaint.
10 Accordingly, Defendants respectfully request that this Court grant the instant
11 Administrative motion. This Motion is based on the following Memorandum of
12 Points and Authorities, the Declaration of Christopher O. Rivas, and the Proposed
13 Order filed and lodged concurrently herewith.

## INTRODUCTORY STATEMENT

15 Defendants sought to avoid the expense and time required to file this
16 Administrative Motion by requesting that Plaintiff sign a stipulation extending
17 Defendants' time to respond to the Complaint from June 4, 2008, to June 19, 2008.
18 [Declaration of Christopher O. Rivas ("Rivas Decl."), ¶ 3, Ex. A.] On Friday, May
19 30, 2008, Plaintiff verbally informed Christopher O. Rivas, counsel for WMC
20 Mortgage and GECF, that she would sign such a stipulation for the benefit of
21 Defendants. [Rivas Decl. ¶ 4.] She subsequently demanded that WMC Mortgage
22 sign a Notice of Acknowledgment of Receipt, for filing in the state action. [Rivas
23 Decl. ¶ 5.] When counsel for WMC Mortgage refused to sign the Acknowledgment,
24 on the basis that the state court no longer had jurisdiction over the case, Plaintiff
25 threatened to withhold her signature from Defendants' stipulation. [Rivas Decl. ¶ 6.]
26 On the basis of Plaintiff's threat, counsel for WMC Mortgage signed the
27 Acknowledgement, in exchange for Plaintiff's promise to stipulate to extend
28 Defendants' time to respond to the Complaint. [Rivas Decl. ¶ 7, Ex. C.] On Monday,

June 2, 2008, Defendants provided Plaintiff with a draft stipulation for her signature. [Rivas Decl. ¶ 8, Ex. D.] However, on Tuesday June 3, 2008, Plaintiff informed counsel for WMC Mortgage and GECF, via email and telephone, that she would not sign the stipulation, and instead vaguely threatened counsel for the Defendants and accused counsel of acting fraudulently in removing the case to federal court. [Rivas Decl. ¶ 9, Ex. E.]

## MEMORANDUM OF POINTS AND AUTHORITIES

### A.   Procedural and Factual Background

As described more fully in defendants WMC Mortgage and GECF's Administrative Motion to Consider Whether Cases Should Be Related, filed in this Court on June 2, 2008, Plaintiff's Complaint mirrors a Complaint she previously filed against the same defendants, which has since been dismissed with prejudice. Notwithstanding this Court's prior dismissal with prejudice of Plaintiff's federal causes of action, and the subsequent state court's dismissal of Plaintiff's remaining causes of action, with prejudice, Plaintiff filed this Complaint alleging nearly identical causes of action against the same parties.

On May 28, 2008, defendants WMC Mortgage and GECF caused this case to be removed to this Court from the Marin County Superior Court. Accordingly, Defendants have until June 4, 2008, to file a response to Plaintiff's complaint. As described in the Introductory Statement, Defendants sought to have Plaintiff stipulate to extend Defendants response date in order to grant them additional time to examine the voluminous filings in the prior related actions. [Rivas, Decl. ¶ 2.] Although Plaintiff initially agreed to sign such a stipulation, she changed her mind this morning, June 3, 2008, knowing full well that Defendants had relied on her initial agreement, on Friday, May 30, 2008, to extend their response dates. [Rivas, Decl. ¶ 9.]

As a result, Defendants have no choice but to file this Administrative Motion to Extend Defendants' Time to Respond to Plaintiff's Complaint.

## B.  LEGAL ANALYSIS

Civil Local Rule 6-3 authorizes this Court to enlarge or shorten time upon the noticed motion of any of the parties, so long as the Motion:

"(1) Sets forth with particularity, the reasons for the requested enlargement or shortening of time;

(2) Describes the efforts the party has made to obtain a stipulation to the time change;

(3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; and

\* \* \*

(5) Discloses all previous time modifications in the case, whether by stipulation or Court order;

(6) Describes the effect the requested time modification would have on the schedule for the case."

*See* Civ. L.R. 6-3.

Pursuant to the above-referenced requirements in Civil Local Rule 6-3, Defendants state that: (1) they require additional time to gather and analyze voluminous pleadings and filings in the prior-filed state and federal actions before preparing their Motions to Dismiss; (2) they contacted Plaintiff in an effort to obtain a stipulation for the time extension, and obtained her verbal consent to such extension only to later have Plaintiff revoke her consent; and (3) without such extension, Defendants suffer substantial harm and prejudice, on the basis that they, (i) have already relied on Plaintiff's verbal consent to extend their time to respond, and (ii) will be unable to acquire and analyze all of the voluminous pleadings and filings in the prior actions with sufficient time to draft Motions to Dismiss.  Defendants also note that the extension will give the Court additional time before the parties file any Motions to Dismiss to analyze whether this matter is related to the prior-filed federal action and, accordingly, whether the case will be re-assigned to the Honorable Judge

1  Saundra Brown Armstrong.

2  Further, under Civil Local Rule 6-3, Defendants state that: (5) no previous time modifications have been granted or requested in this case, whether by stipulation or Court order; and (6) the requested fifteen day extension of time, to June 19, 2008, will not affect any scheduled hearings, motions or deadlines in this case.

## C. CONCLUSION

For the reasons stated above, Defendants respectfully request that the Court grant Defendants an additional fifteen (15) days to respond to Plaintiff's Complaint, extending such time from June 4, 2008, to June 19, 2008.

DATED: June 3, 2008    REED SMITH LLP

By /s/ Christopher O. Rivas
   Scott H. Jacobs
   Christopher O. Rivas
   Attorneys for Defendants
   WMC Mortgage, LLC and
   GE Consumer Finance, Inc.

DATED: June 3, 2008.    LAW OFFICES OF DANIEL A. GAMER

By [signature]
   Glenn D. Kabanuck
   Attorneys for Defendant
   California Land Title of Marin, erroneously
   sued as Land Title Company of Marin

DOCSLA-15642022.1

## CERTIFICATE OF SERVICE

I, Arthur Escalante, hereby certify that on this 3rd day of June 2008, a true and correct copy of the foregoing *Administrative Motion of Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., and California Land Title of Marin to Extend Time to Respond to Plaintiff's Complaint to June 19, 2008* was served upon all counsel of record by UPS Overnight Mail, postage prepaid at the following addresses:

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949

Glenn D. Kabanuck, Esq.
Law Office of Daniel A. Gamer
55 Professional Center Parkway
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & zak, LLP
4655 MacArthur Court
Suite 280
Newport Beach, CA 92660

REED SMITH LLP

By: /s/ Arthur Escalante
      Arthur Escalante

Scott H. Jacobs (SBN 81980)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
WMC Mortgage, LLC and
GE Consumer Finance, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>Plaintiff<br><br>vs.<br><br>WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp, a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity;<br>Does 1 thru 100, inclusive.<br><br>Defendants. | Case No. 3:08-cv-2677-PJH<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION OF DEFENDANTS WMC MORTGAGE, LLC, GE CONSUMER FINANCE, INC., AND CALIFORNIA LAND TITLE OF MARIN TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO JUNE 19, 2008** |

— 1 —

The Administrative Motion Of Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., And California Land Title Of Marin To Extend Time To Respond To Plaintiff's Complaint To June 19, 2008, and its supporting documents, including the Declaration of Christopher O. Rivas, have been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., And California Land Title Of Marin's time to respond to Plaintiff's Complaint be extended from June 4, 2008, to June 19, 2008.

Dated: _____

The Honorable Phyllis J. Hamilton
United States District Judge

DOCSLA-15642699.1-CORIVAS

## CERTIFICATE OF SERVICE

I, Arthur Escalante, hereby certify that on this 3rd day of June 2008, a true and correct copy of the foregoing *[Proposed] Order on Administrative Motion of Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., and California Land Title of Marin to Extend Time to Respond to Plaintiff's Complaint to June 19, 2008* was served upon all counsel of record by UPS Overnight Mail, postage prepaid at the following addresses:

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949

Glenn D. Kabanuck, Esq.
Law Office of Daniel A. Gamer
55 Professional Center Parkway
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & Zak, LLP
4655 MacArthur Court
Suite 280
Newport Beach, CA 92660

REED SMITH LLP

By: _____
Arthur Escalante