Scott H. Jacobs (SBN 81980)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
WMC Mortgage, LLC and
GE Consumer Finance, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>Plaintiff<br><br>vs.<br><br>WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp, a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity;<br>Does 1 thru 100, inclusive.<br><br>Defendants. | CASE NO.:  3:08-CV-2677-PJH<br><br>**DECLARATION OF CHRISTOPHER O. RIVAS IN SUPPORT OF ADMINISTRATIVE MOTION OF DEFENDANTS WMC MORTGAGE, LLC, GE CONSUMER FINANCE, INC., AND CALIFORNIA LAND TITLE OF MARIN TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO JUNE 16, 2008** |

## DECLARATION OF CHRISTOPHER O. RIVAS

I, Christopher O. Rivas, declare as follows:

1.      I am an associate at Reed Smith LLP, counsel of record for defendants WMC Mortgage, LLC ("WMC Mortgage") (successor in interest to "WMC Mortgage Corporation") and GE Consumer Finance ("GECF") in this matter.  I submit this

1

DOCSLA-15642604.1

1  declaration in support of Administrative Motion Of Defendants WMC Mortgage,

2  LLC, GE Consumer Finance, Inc., And California Land Title Of Marin To Extend

3  Time To Respond To Plaintiff's Complaint To June 19, 2008.  I have personal

4  knowledge of the facts declared below and could testify truthfully thereto if so

5  required.

6      2.      Defendants require additional time acquire and analyze all of the

7  voluminous pleadings and filings in the prior actions with sufficient time to draft

8  Motions to Dismiss.  Defendants will be prejudiced absent this additional time.

9      3.      Accordingly, Defendants sought to avoid the expense and time required

10 to file this Administrative Motion by requesting that Plaintiff sign a stipulation

11 extending Defendants' time to respond to the Complaint from June 4, 2008, to June

12 19, 2008.  *See* **Exhibit A**, May 30, 2008, letters to Plaintiff requesting extensions.

13     4.      On Friday, May 30, 2008, Plaintiff verbally informed me that she would

14 sign such a stipulation for the benefit of Defendants.

15     5.      On Sunday, June 1, 2008, Plaintiff requested, via fax, that WMC

16 Mortgage sign a Notice of Acknowledgement of Receipt for the state action (the

17 "Acknowledgement").  *See* **Exhibit B**, fax letter from Ms. Barbera attaching

18 Acknowledgement.

19     6.      In a telephone conversation on June 2, 2008, I informed Plaintiff that she

20 need not file anything further in the state action, since this case was removed to the

21 federal court and the state court no longer had jurisdiction over the matter.  On this

22 basis, I informed Plaintiff that I would not sign the Acknowledgement. In response,

23 Plaintiff wrongly insisted that the Acknowledgment was mandatory and threatened to

24 revoke her verbal agreement to sign a stipulation in the Northern District of California

25 granting Defendants additional time to respond to her Complaint.

26     7.      Based on Plaintiff's threats, and in order to save my client the expense of

27 bringing an Administrative Motion to Extend, I signed the Acknowledgment and

28 faxed it back to Plaintiff.  *See* **Exhibit C**, signed acknowledgment sent to Ms. Barbera

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

2

DOCSLA-15642604.1

1  via email facsimile.  Accordingly, Plaintiff agreed, in a second telephone conversation

2  on June 2, 2008, that based on this concession, she would once again stipulate to

3  extend Defendants' response date.

4       8.    On the afternoon of June 2, 2008, I emailed Plaintiff, for her signature, a

5  draft stipulation, signed by myself and by Mr. Kabanuck, counsel for defendant

6  California Land Title Of Marin.  *See* **Exhibit D**, email to Plaintiff attaching draft

7  stipulation.

8       9.    However, on the morning of Tuesday June 3, 2008, Plaintiff informed

9  me, via email and elaborating via telephone, that she would not sign the stipulation,

10  and instead vaguely threatened counsel for the Defendants and accused counsel of

11  acting fraudulently in removing the case.  *See* **Exhibit E**, email from Ms. Barbera.

12      10.    Based on Plaintiff's last-minute revocation, and based on Defendants'

13  reliance on Plaintiff's promise in the prior week to grant an extension of time to

14  respond, Defendants have no choice but to move this Court for an extension of time to

15  respond to Plaintiff's Complaint, from June 4, 2008, to June 19, 2008.

16

17      I declare under penalty of perjury under the laws of the State of California and

18  the laws of the United States that the foregoing is true and correct.

19

20      Executed this 3rd day of June, 2008 at Los Angeles, California.

21

22                              /s/ Christopher O. Rivas

                               Christopher O. Rivas

23

24

25

26

27

28

Declaration of Christopher O. Rivas in Support of Motion to Extend

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15642604.1

# EXHIBIT A

DANIEL A. GAMER
ATTORNEY AT LAW
_____
ASSOCIATE COUNSEL
GLENN D. KABANUCK

55 PROFESSIONAL CENTER PARKWAY, SUITE H
SAN RAFAEL, CALIFORNIA 94903-2729
(415) 472-6655
FACSIMILE: (415) 472-3940

May 30, 2008

**Via Fax & Regular Mail – (415) 382-0756**

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949

Re:   **Patricia C. Barbera v. WMC Mortgage Corporation, et al.**
      **U.S. District Court, Northern District of California Case No. 3:08-cv-2677**
      **(formerly Marin County Superior Court Case No. CV 081763)**

Dear Ms. Barbera:

As you know, I represent California Land Title of Marin in the referenced case which has been removed from the Marin County Superior Court to the U.S. District Court for the Northern District of California. On behalf of California Land Title of Marin, I request a stipulation for an extension of time to June 19, 2008 for my client to file a response in the federal court.

Please advise immediately as to whether you will stipulate to the extension. If you do not stipulate to the extension, an Ex Parte Application for the extension will be electronically filed with the court on Monday, June 2, 2008.

Very truly yours,

GLENN D. KABANUCK

GDK:dtm
Cc:    Client

# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Christopher O. Rivas**
Direct Phone: +1 213 457 8019
Email: crivas@reedsmith.com

May 30, 2008

**Via UPS and Facsimile at (415) 382-0756**

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949

**Re: Patricia C. Barbera vs. WMC Mortgage Corp.**

Dear Ms. Barbera:

As you may already be aware, Reed Smith represents WMC Mortgage, LLC ("WMC Mortgage") (successor in interest to "WMC Mortgage Corporation") and GE Consumer Finance, Inc. ("GECF") in the above-referenced matter. On May 28, 2008, we caused this matter to be removed from the Superior Court of Marin County to the Northern District of the United States Federal Court.

Our response to your complaint is due June 4, 2008. I am writing you to ask if you will grant us an extension of time to June 19, 2008, to respond to the complaint, in order to give us additional time to gather and analyze the pleadings filed by you against our clients WMC and GECF in earlier actions. If you are willing to grant the extension, I will prepare a stipulation for your signature and will file such stipulation with the Northern District Court.

If you are not willing to grant the extension, we intend to file an ex parte motion with the Northern District Court on Monday, June 2, 2008, requesting such an extension.

I would appreciate a response from you by the end of today regarding the requested extension. Please contact me at (213) 457-8019 or crivas@reedsmith.com.

Sincerely,

Christopher O. Rivas

COR/pk

cc:    Robin Prema Wright, Esq.
       Dan Gamer, Esq.

Document2

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

```
**********  -COMM. JOURNAL-  ************** DATE MAY-30-2008 ***** TIME 01:48 ********
```

MODE = MEMORY TRANSMISSION                    START=MAY-30 01:47    END=MAY-30 01:48

FILE NO.=593

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | ☎ | 914153820756 | 002/002 | 00:00:27 |

-REED SMITH    -

```
**********************************  -          -  *****  -    213 457 8080-  **********
```

## ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**From: Christopher O. Rivas**
Direct Phone: +1 213 457 8019
Email: crivas@reedsmith.com

**Total Number Of Pages Including Cover Page 2**

May 30, 2008

**Fax to:**

| Name | Company | Fax Number | Phone Number |
|------|---------|------------|--------------|
| Patricia C. Barbera | | (415) 382-0756 | (415) 382-9617 |

**Original will follow via:**  ☐ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☒ None

**Notes:**

**If you do not receive all of the pages, please call Patty A. Keen at +1 213 457 6451.**

**Please Transmit Before** ☐ 9 ☐ 10 ☐ 11 a.m. ☐ 12 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 p.m.

Elite Number: _____ 004780 _____   Client Number: _____ a.m./p.m.   Matter Number: _____
Transmission Time: _____   Finish Time: _____ a.m./p.m.
Operator: _____

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

DOCSLA-15642248.1

NEW YORK ● LONDON ● HONG KONG ● CHICAGO ● WASHINGTON, D.C. ● BEIJING ● PARIS ● LOS ANGELES ● SAN FRANCISCO ● PHILADELPHIA ● PITTSBURGH
OAKLAND ● MUNICH ● ABU DHABI ● PRINCETON ● NORTHERN VIRGINIA ● WILMINGTON ● BIRMINGHAM ● DUBAI ● CENTURY CITY ● RICHMOND ● GREECE

```
************ -COMM. JOURNAL- ************ DATE MAY-30-2008 ***** TIME 01:50 ********

        MODE = MEMORY TRANSMISSION           START=MAY-30 01:48   END=MAY-30 01:50

        FILE NO.=594

    STN NO.  COMM.  ABBR NO.    STATION NAME/TEL NO.    PAGES   DURATION

     001      OK       ☎        919494779200          002/002  00:00:21
     002      OK       ☎        914154723940          002/002  00:00:53


                                                   -REED SMITH          -

  ******************************* -         - ***** -    213 457 8080- *** ******
```

# ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**From: Christopher O. Rivas**
Direct Phone: +1 213 457 8019
Email: crivas@reedsmith.com

**Total Number Of Pages Including Cover Page 2**

May 30, 2008

Fax to:

| Name | Company | Fax Number | Phone Number |
|------|---------|------------|--------------|
| Robin Prema Wright, Esq. | Wright, Finlay & Zak, LLP | (949) 477-9200 | (949) 477-5050 |
| Dan Gamer, Esq. | | (415) 472-3940 | (415) 472-6655 |

**Original will follow via:** ☐ Regular Mail ☐ Overnight Delivery ☐ Messenger ☒ None

Notes:

If you do not receive all of the pages, please call Patty A. Keen at +1 213 457 6451.

Please Transmit Before □9 □10 □11 a.m. □12 □1 □2 □3 □4 □5 □6 □7 □8 p.m.

| Bills Number : : 004780 | Client Number : | Matter Number : |
| Transmission Time : | a.m./p.m. | Finish Time : | | a.m./p.m. |
| Operator : | | | |

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

DOCSLA-15642244.1

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH

OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

UPS CampusShip: Label/Receipt



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 30 May 2008

### Address Information

**Ship To:**
Patricia C. Barbera
Patricia C. Barbera
415-382-9617
24 Caribe Isle
NOVATO CA 94949-5342
Residential

**Shipper.**
Reed Smith LLP - Los Angeles
Raymond Y. Kim
2134576451
355 South Grand Ave Suite 2900
Los Angeles CA 90071

### Shipment Information

| | |
|---|---|
| **Service:** | UPS Next Day Air |
| *Guaranteed By: | 12:00 PM, Sat. 31 May 2008 |
| **Quantum View Notify** SM **1:** | pkeen@reedsmith.com |
| Ship; Delivery; Exception | |
| **Quantum View Notify** SM | Total: . . . . . . . . . . . . . . . . . No Charge |
| **Saturday Delivery:** | . . . . . . . . . . . . . . . . . 12.50 |
| **Fuel Surcharge:** | . . . . . . . . . . . . . . . . . **8.38 |
| **Shipping:** | . . . . . . . . . . . . . . . . . **21.00 |

### Package Information

**Package 1 of 1**

| | | |
|---|---|---|
| Tracking Number: | 1ZWA32574495260681 | |
| Package Type: | UPS Letter | |
| Actual Weight: | Letter | |
| Billable Weight: | Letter | |
| **Declared Value Amount:** | 1.00 USD | . . . . . . . . . . . . . . . . . No Charge |
| Client / Matter / Attorney Number: | 999995/20001/007135 | |
| Attorney Name / IMG: | Raymond Y. Kim | |

### Billing Information

**Bill Shipping Charges to:**        Shipper's Account WA3257

| | | |
|---|---|---|
| **Total:** | **All Shipping Charges in USD** | **41.88 |
| **Negotiated Total:** | | **29.70 |

**Note:** Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Keen, Patty A.**

| | |
|---|---|
| **From:** | UPS Quantum View [auto-notify@ups.com] |
| **Sent:** | Saturday, May 31, 2008 12:39 PM |
| **To:** | Keen, Patty A. |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZWA32574495260681 |



\*\*\*Do not reply to this e-mail. UPS and Reed Smith LLP - Los Angeles will not receive your reply.

**At the request of Reed Smith LLP - Los Angeles, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 31-May-2008 / 11:55 AM
**Driver Release Location:** PORCH

## Shipment Detail

**Ship To:**
Patricia C. Barbera
Patricia C. Barbera
24 Caribe Isle
NOVATO
CA
949495342
US

| | |
|---|---|
| **UPS Service:** | NEXT DAY AIR |
| **Shipment Type:** | Letter |

| | |
|---|---|
| **Tracking Number:** | 1ZWA32574495260681 |
| **Reference Number 1:** | 999995/20001/007135 |
| **Reference Number 2:** | Raymond Y. Kim |

Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

06/02/2008



# EXHIBIT B

Patricia C. Barbera
24 Caribe Isle
Novato, Ca 94949
Phone: (415) 382-9617
Fax(415) 382-0756
E-mail: wobirds@comcast.net

June 2, 2008

Christopher O. Rivas
ReedSmith
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1611
Phone: (213) 457-8019
Fax: (213) 457-8080

RE: BARBERA vs. WMC MORTGAGE CORP. CV 081763.

Dear Mr. Rivas:

As you know the ACKNOWLEDGMENT OF RECEIPT form is mandatory.

I have included the executed form for your convenience.  You will find the verification in my
letter of May 30, 2008.

I would appreciate a prompt reply by fax and mail.

Sincerely,

*Patricia Barbera*

Patricia C. Barbera

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PATRICIA C. BARBERA<br>24 CARIBE ISLE<br>NOVATO, CA 94949<br>TELEPHONE NO: (415) 382-9617          FAX NO. (Optional): (415) 382-0756<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
STREET ADDRESS: 3501 Civic Center Drive, Room 113
MAILING ADDRESS: P.O. BOX 4988
CITY AND ZIP CODE: San Rafael CA 94939
BRANCH NAME:

PLAINTIFF/PETITIONER: PATRICIA C. BARBERA

DEFENDANT/RESPONDENT: WMC MORTGAGE CORPORATION

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CV 081763 |
|---|---|

TO (insert name of party being served): WMC MORTGAGE CORPORATION

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 25, 2008

SHERRY MENDENHALL
(TYPE OR PRINT NAME)                                        (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [ ] Other (specify):

(To be completed by recipient):

Date this form is signed:

_____                    _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|

# EXHIBIT C

Jun 01 08 01:10p                                                                    p.2

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PATRICIA C. BARBERA | |
| 24 CARIBE ISLE | |
| NOVATO, CA 94949 | |
| TELEPHONE NO. (415) 382-9617    FAX NO. (Optional) (415) 382-0756 | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
STREET ADDRESS: 3501 Civic Center Drive, Room 113
MAILING ADDRESS: P.O. BOX 4988
CITY AND ZIP CODE: San Rafael CA 94939
BRANCH NAME:

PLAINTIFF/PETITIONER: PATRICIA C. BARBERA

DEFENDANT/RESPONDENT: WMC MORTGAGE CORPORATION

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: CV 081763 |
|---|---|

TO (insert name of party being served): WMC MORTGAGE CORPORATION

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: April 25, 2008

SHERRY MENDENHALL
(TYPE OR PRINT NAME)                           (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☑ A copy of the summons and of the complaint.
2. ☐ Other (specify):

(To be completed by recipient):

Date this form is signed: June 2, 2008

Read Smith LLP attorney for WMC Mortgage LLC
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)                    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use Judicial Council of California POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Page 1 of 1 Code of Civil Procedure, §§ 415.30, 417.10 www.courtinfo.ca.gov American LegalNet, Inc. www.USCourtForms.com |

**Escalante, Arthur L.**

| | |
|---|---|
| **From:** | GenifaxMessageServer [genifaxmessageserver@reedsmith.com] |
| **Sent:** | Monday, June 02, 2008 12:52 PM |
| **To:** | Escalante, Arthur L. |
| **Subject:** | Message Succeeded: 415.382.0756 (Patricia C. Barbera) on 6/2/2008 at 3:52:17 PM ET |

The message you sent to Patricia C. Barbera at 415.382.0756, was delivered successfully on 6/2/2008 at 3:52:17 PM ET

JobID: 271753

# EXHIBIT D

**Rivas, Christopher O.**

| | |
|---|---|
| **From:** | Rivas, Christopher O. |
| **Sent:** | Monday, June 02, 2008 1:57 PM |
| **To:** | 'wobirds@comcast.net' |
| **Cc:** | Jacobs, Scott H.; Kim, Raymond Y. |
| **Subject:** | Barbera v WMC Mortgage, et al. |
| **Attachments:** | hppscan44.pdf |

Ms. Barbera,

Pursuant to our telephone conversation, please sign and scan/fax back to me the attached stipulation for my filing.

Best regards,
**Christopher Rivas**
213.457.8019
crivas@reedsmith.com

**Reed Smith** LLP

355 South Grand Avenue

Suite 2900

Los Angeles, CA 90071

213.457.8000

Fax 213.457.8080

1    Scott H. Jacobs (SBN 81980)
2    Christopher O. Rivas (SBN 238765)
    REED SMITH LLP
3    355 S. Grand Avenue, Suite 2900
    Los Angeles, CA 90071
4    Telephone: 213.457.8000
    Facsimile: 213.457.8080
5

6    Attorneys for Defendants
    WMC Mortgage, LLC and
7    GE Consumer Finance, Inc.

8            UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11    PATRICIA C. BARBERA,          No.: 3:08-cv-02677-PJH

12         Plaintiff           **STIPULATION TO EXTEND TIME**
                            **FOR DEFENDANTS WMC**
13                       **MORTGAGE, LLC, GE CONSUMER**
     vs.                    **FINANCE, INC., AND**
14                       **CALIFORNIA LAND TITLE OF**
    WMC MORTGAGE CORPORATION, a    **MARIN TO RESPOND TO**
15    California corporation; aka WMC Direct, a   **COMPLAINT**
    California Business Entity; GE Consumer
16    Finance, a unit of General Electric       [N.D. Cal. Local Rule 6-1(a)]
    Company; Select Portfolio Servicing
17    Corp., a Utah Corporation; Fairbanks
    Holding Corporation, a Delaware
18    Corporation; and Land Title Company of
    Marin, a California Business Entity;
19    Does 1 thru 100, inclusive.
20

21         Defendants.

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1          Pursuant to Local Rule 6-1(a), Plaintiff Patricia C. Barbera ("Plaintiff")

2    and Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., and California

3    Land Title of Marin, erroneously sued as Land Title Company of Marin (collectively,

4    "Defendants"), by and through their respective attorneys of record, hereby stipulate

5    that the time for Defendants to respond to Plaintiff's Complaint is extended by 15

6    days, from June 4, 2008 to June 19, 2008. Accordingly, Defendants shall file a

7    response to Plaintiff's Complaint on or before June 19, 2008. Defendants reserve any

8    and all objections and defenses and do not waive any of their rights by entering into

9    this stipulation.

10

11   DATED: June __, 2008.         By_____

12                                  PATRICIA C. BARBERA

13

14   DATED: June 2, 2008.         LAW OFFICES OF DANIEL A. GAMER

15

16

17                           By _____
                                Glenn D. Kabanuck

18                              Attorneys for Defendant
                                California Land Title of Marin, erroneously

19                              sued as Land Title Company of Marin

20

21   DATED: June 2, 2008.         REED SMITH LLP

22

23                           By___/s/ Christopher O. Rivas_____
                                Christopher O. Rivas

24                              Attorneys for Defendants
                                WMC Mortgage, LLC, and GE Consumer

25                              Finance, Inc.

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT E

## Rivas, Christopher O.

| | |
|---|---|
| **From:** | wobirds@comcast.net |
| **Sent:** | Tuesday, June 03, 2008 10:04 AM |
| **To:** | Rivas, Christopher O. |
| **Subject:** | Re: Barbera v WMC Mortgage, et al. |
| **Attachments:** | Barbera v WMC Mortgage, et al. |

Patricia C. Barbera

24 Caribe Isle

Novato, Ca 94949

Phone: (415) 382-9617

Fax(415) 382-0756

E-mail: wobirds@comcast.net

June 3, 2008

Christopher O. Rivas

ReedSmith

355 South Grand Avenue, Suite 2900

Los Angeles, CA 90071-1611

Phone: (213) 457-8019

Fax: (213) 457-8080


RE: BARBERA vs. WMC MORTGAGE CORP. CV 081763.

Dear Mr. Rivas,

I received the unfiled stamp version NOTICE OF REMOVAL TO A FEDERAL COURT on June 2, 2008. At that time I had every reason to believe that it was legitimate. I believed that in your late representation, and in your rush to file it in a timely manner, that you failed to research fully.

The records disclose that WMC MORTGAGE CORP. and SELECT PORTFOLIO SERVICING were **IN DEFAULT,** as neither had answered their summons.

However, in light of your improper reaction to my request for the Acknowledgment of Receipt form, I

believe that you now know about your **FRAUDULENT REMOVAL.**

The results will undoubtedly be:

1). Two judges who are irate for the deception,

2). Who will probably sanction you with liberties,

3). May report you to the BAR.

4). Unnecessary costs for your client.

A prudent and honorable attorney would **VOLUNTARILY DISMISS** the case.

Please advise.

Sincerely,

PATRICIA C. BARBERA

-------------- Original message --------------
From: "Rivas, Christopher O." <CRivas@ReedSmith.com>
Ms. Barbera,

Pursuant to our telephone conversation, please sign and scan/fax back to me the attached stipulation for my filing.

Best regards,
**Christopher Rivas**
213.457.8019
crivas@reedsmith.com

**Reed Smith** LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213.457.8000
Fax 213.457.8080

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
* * *
To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise

indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdc1

Scott H. Jacobs (SBN 81980)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
WMC Mortgage, LLC and
GE Consumer Finance, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>         Plaintiff<br><br>   vs.<br><br>WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp., a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity; Does 1 thru 100, inclusive.<br><br>         Defendants. | No.: 3:08-cv-02677-PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS WMC MORTGAGE, LLC, GE CONSUMER FINANCE, INC., AND CALIFORNIA LAND TITLE OF MARIN TO RESPOND TO COMPLAINT**<br><br>[N.D. Cal. Local Rule 6-1(a)] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Local Rule 6-1(a), Plaintiff Patricia C. Barbera ("Plaintiff")

2  and Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., and California

3  Land Title of Marin, erroneously sued as Land Title Company of Marin (collectively,

4  "Defendants"), by and through their respective attorneys of record, hereby stipulate

5  that the time for Defendants to respond to Plaintiff's Complaint is extended by 15

6  days, from June 4, 2008 to June 19, 2008. Accordingly, Defendants shall file a

7  response to Plaintiff's Complaint on or before June 19, 2008. Defendants reserve any

8  and all objections and defenses and do not waive any of their rights by entering into

9  this stipulation.

10

11  DATED:  June __, 2008.                    By_____

12                                             PATRICIA C. BARBERA

13

14  DATED:  June z, 2008.                     LAW OFFICES OF DANIEL A. GAMER

15

16                                             By_____

17                                             Glenn D. Kabanuck
                                               Attorneys for Defendant
18                                             California Land Title of Marin, erroneously
                                               sued as Land Title Company of Marin
19

20

21  DATED:  June 2, 2008.                     REED SMITH LLP

22

23                                             By___/s/ Christopher O. Rivas_____
                                               Christopher O. Rivas
24                                             Attorneys for Defendants
                                               WMC Mortgage, LLC, and GE Consumer
25                                             Finance, Inc.

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## CERTIFICATE OF SERVICE

I, Arthur Escalante, hereby certify that on this 3rd day of June 2008, a true and correct copy of the foregoing *Declaration of Christopher O. Rivas in Support of Administrative Motion of Defendants WMC Mortgage, LLC, GE Consumer Finance, Inc., and California Land Title of Marin to Extend Time to Respond to Plaintiff's Complaint to June 19, 2008* was served upon all counsel of record by UPS Overnight Mail, postage prepaid at the following addresses:

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949

Glenn D. Kabanuck, Esq.
Law Office of Daniel A. Gamer
55 Professional Center Parkway
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & zak, LLP
4655 MacArthur Court
Suite 280
Newport Beach, CA 92660

REED SMITH LLP

By: _Arthur Escalante_
       Arthur Escalante

DOCSLA-15642743.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware