1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq., SBN 150984
2  Kathy Shakibi, Esq., SBN 237182
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 *(Barbera/Pleading/Joinder Removal)*
4  Tel: (949) 477-5050; Fax: (949) 477-9200
5  rwright@wrightlegal.net; kshakibi@wrightlegal.net

6
   Attorneys for Defendants
7  SELECT PORTFOLIO SERVICING, INC., fka
   FAIRBANKS CAPITAL CORPORATION, erroneously sued herein as
8  SELECT PORTFOLIO SERCIVING CORP., and FAIRBANKS HOLDING
9  CORP.

10

11
                   UNITED STATES DISTRICT COURT
12
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
13

14 | PATRICIA C. BARBERA,                               | ) Case No.: 4:08-CV-02677-SBA
15 |                                                    | )
   |                   Plaintiff,                       | ) *[Assigned to Honorable Saundra*
16 |                                                    | ) *Brown Armstrong]*
17 |       v.                                           | )
18 | WMC MORTGAGE CORPORATION a                         | ) **DEFENDANT SELECT**
   | California Corporation; aka WMC                    | ) **PORTFOLIO SERVICING, INC.**
19 | DIRECT, a California Business Entity,               | ) **fka FAIRBANKS CAPITAL**
20 | GE CONSUMER FINANCE, a unit of                     | ) **CORP.'S JOINDER IN NOTICE OF**
   | General Electric Company; SELECT                   | ) **REMOVAL OF ACTION**
21 | PORTFOLIO SERVICING CORP., a                       | )
22 | Utah Corporation, FAIRBANKS                        | )
   | HOLDING CORPORATION, Delaware                      | )
23 | Corporation; and LAND TITLE                        | ) Dept.: 3
24 | COMPANY OF MARIN, a California                     | )
   | Business Entity; and DOES 1 through                | )
25 | 100, inclusive.                                    | )
26 |                                                    | )
27 |                   Defendants.                      | )

28

---

1

DEFENDANT SELECT PORTFOLIO SERVICING INC.'S
JOINDER IN CO-DEFENDANTS' NOTICE OF REMOVAL

1  Defendant Select Portfolio Servicing, Inc., *formerly known as* Fairbanks
2  Capital Corporation, **erroneously sued herein as two separate entities** Select
3  Portfolio Servicing Corporation and Fairbanks Holding Corporation, **hereby joins**
4  in co-defendants' WMC MORTGAGE LLC, and GE CONSUMER FINANCE,
5  INC.'S "Notice of Removal of Action Pursuant to 28 U.S.C. §§1331 and 1441," to
6  this Court of the state court action described in the said "Notice of Removal."
7  The said Notice of Removal was filed with this Court on May 28, 2008,
8  therefore, this joinder is timely.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: June 9, 2008          By:   /Kathy Shakibi/
                                   Robin Prema Wright, Esq.,
                                   Kathy Shakibi, Esq.,
                                   Attorneys for Defendants,
                                   SELECT PORTFOLIO SERVICING,
                                   INC.,
                                   fka FAIRBANKS CAPITAL CORP.
                                   erroneously sued herein as two
                                   separate entities SELECT
                                   PORTFOLIO SERVICING CORP.
                                   and FAIRBANKS HOLDING CORP.

## PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On June 9, 2008, I served the within **DEFENDANT SELECT PORTFOLIO SERVICING, INC. fka FAIRBANKS CAPITAL CORP.'S JOINDER IN NOTICE OF REMOVAL OF ACTION on** all interested parties in this action as follows:

[X]  by placing true copies thereof enclosed in sealed envelopes addressed as follows:

   See attached service list

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices via U.S. Mail.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]  (BY PERSONAL SERVICE) I have caused our Service of Process, First Legal to serve such envelope on all interested parties in this action.

[ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2008, at Newport Beach, California.


*/Gretchen Grant/*
Gretchen Grant

-1-
PROOF OF SERVICE

-2-

| | |
|---|---|
| 1 | Patricia C. Barbera |
| 2 | 24 Caribe Isle |
|   | Novato, CA 94949 |
| 3 | 415-382-9617; fax: 415-382-0756 |
|   | **Plaintiff In Pro Per** |
| 4 | |
| 5 | Scott Jacobs, Esq. |
|   | Christopher Rivas, Esq. |
| 6 | Reed Smith LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 7 | Los Angeles, CA 90071 |
| 8 | (213) 457 8000; Fax: (213) 457 8080 |
|   | **Attorney for WMC MORTGAGE, LLC, and** |
| 9 | **GE Consumer Finance, Inc.** |
| 10 | |
|    | Glenn D. Kabanuck, Esq. |
| 11 | Daniel A. Gamer, Attorney at Law |
|    | 55 Professional Center Parkway, Ste. H |
| 12 | San Rafael, CA 94903-2739 |
|    | 415-472-6655; Fax: 415-472-3940 |
| 13 | **Attorneys for California Land Title of Marin** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-

PROOF OF SERVICE