**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICIA C. BARBERA, | No. C 08-02677 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 8] |
| WMC MORTGAGE CORP., a California corp., aka WMC DIRECT, a California business entity, *et al.*, | |
| Defendants. | |

Based on the arguments presented in defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint [Docket No. 8], the Court GRANTS the Motion, and defendants' time to respond is extended from June 4, 2008 to June 19, 2008.

IT IS SO ORDERED.

June 9, 2008

_____
Saundra Brown Armstrong
United States District Judge