Patricia C. Barbera
24 Caribe Isle,
Novato, Ca. 94949
Tele: (415) 382-9617
Fax: (415) 382-0756

In Pro Per

**FILED**
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

PATRICIA C. BARBERA,

   Plaintiff,

   v.

WMC MORTGAGE CORPORATION
   Defendant,

CAL LAND TITLE COMPANY OF MARIN,
   Defendant,

SELECT PORTFOLIO SERVICING, INC
   Defendant.

CASE NO. CV 08-2677 SBA
[Vacate and Remand to Superior Court of California, County of Marin, Case No. CV 081763]

PLAINTIFF'S DECLARATION OF SUPPORT OF ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO DETER FRAUDULENT ACTIONS.

**BY FAX**

---

Declaration in Support of Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.

1

I, Patricia C. Barbera, hereby declare and say:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of the Administrative Motion to Shorten the Time of the Hearing to Deter Any More Fraudulent Actions.

3. On 5/28/08 REEDSMITH filed a Notice of Removal from the Superior Court of Marin County. On that date they knew that their client, WMC MORTGAGE *had not answered their summons, and were in default.* They also knew that they had *waived their right to litigate in this case*. Nevertheless, they issued voluminous documents, pleadings and filings which were replete with *Contempt of Court, Perjury, and Conspiracy* violations.

4. On May 30, 2008. I personally reviewed the Marin County Superior Court files in this action. This review disclosed that WMC MORTGAGE had failed to Answer Their Summons. I realized that **THEY WERE IN DEFAULT.**

5. On that date I e-mailed My Objections to the Removal, on two causes, to Rivas which He denied..

6. On June 3, 2008, I again e-mailed Rivas a detailed objection on the cause that They were in default and suggested that He might dismiss the case, to which He shouted, said that I was threatening Him and disparaged Me.

7. They enjoined Select Portfolio Servicing (represented by WRIGHT, FINLAY & ZAK) and Cal Land Title Company of Marin (represented by THE LAW OFFICES OF DANIEL A. GAMER) into joining this tort undertaking..

8. Based on Defendants' continuance to commit multiple criminal acts against this Court and the Plaintiff, Plaintiff has no choice but to move this Court for the Instant Administrative Motion.

---

Declaration in Support of Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.                                                                2

1  I declare under penalty under the laws of State of California and the laws of the United
2  States that the foregoing is true and correct.
3
4  Executed this 23rd day of June, 2008 at Novato, California.
5
6
7
8  *Patricia C Barbera* (signature)
9  PATRICIA C. BARBERA

---

Declaration in Support of Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.

3

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My address is: 929 Susan Way, Novato, California 94947. On June 23, 2008, I served the following documents by placing them in a sealed envelopes into the UPS Overnight Mail, postage prepaid at the following addresses:

ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO DETER FRAUDULENT ACTIONS; DECLARATION; ORDER.

Christopher O. Rivas, Esq.
Scott H. Jacobs, Esq.
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Glenn D. Kabanuck, Esq.
Law Office of Daniel A Gamer
55 Professional Center
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & Zak, LLP
4655 MacArthur Court, Suite 280
Newport Beach, CA 92660

I, declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 23, 2008, at Novato, California.

_____
SHERRY MENDENHALL