1  **GLENN D. KABANUCK, ESQ. - SBN 75268**
   **LAW OFFICES OF DANIEL A. GAMER – SBN 42818**
2  **55 Professional Center Parkway, Suite H**
   **San Rafael, CA 94903-2729**
3

4  **Telephone:    (415) 472-6655**
   **Facsimile:    (415) 472-3940**

5  **Attorney for Defendant**
   **CALIFORNIA LAND TITLE OF MARIN**
6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

12 | **PATRICIA C. BARBERA,** | ) | Case No.: Case No. 4:08-cv-02677-SBA |
   | | ) | (prior related case number |
13 | Plaintiff, | ) |   3:08-cv-2677-PJH) |
   | | ) | |
14 | vs. | ) | **NOTICE OF APPEARANCE ON** |
   | | ) | **BEHALF OF DEFENDANT** |
15 | **WMC MORTGAGE CORPORATION, a** | ) | **CALIFORNIA LAND TITLE OF MARIN** |
   | California corporation, et al., aka | ) | |
16 | WMCDirect; a California Business Entity; | ) | |
   | GE Consumer Finance, a unit of General | ) | |
17 | Electric Company; Select Portfolio | ) | |
   | Servicing Corp, a Utah Corporation; | ) | |
18 | Fairbanks Holding Corporation, a | ) | |
   | Delaware Corporation; And Land Title | ) | |
19 | Company of Marin, a California Business | ) | |
   | Entity; Does 1 thru 100, inclusive, | ) | |
20 | | ) | |
21 | Defendants. | ) | |
   | | ) | |
22 | | ) | |
23 | | ) | |
24 | | ) | |
25 | | ) | |
   | | ) | |

Page 1 of 2
Notice of Appearance on Behalf of Defendant California Land Title of Marin
Case No. 4:08-cv-02677-SBA (prior related case number 3:08-cv-2677-PJH)

1
2
3   Glenn D. Kabanuck of the Law Office of Daniel A. Gamer, hereby appears on behalf
4   of Defendant CALIFORNIA LAND TITLE OF MARIN in the above-entitled action.
5   Dated: June 26, 2008
6
7                                         /s/ Glenn D. Kabanuck
                                          Glenn D. Kabanuck
8                                         Law Office of Daniel A. Gamer
                                          Attorney for Defendant
9                                               California Land Title of Marin
10
11
12
13   I, Glenn D. Kabanuck, am the ECF User whose ID and password are being used to file this Notice of Appearance.
14
15
                                           /s/ Glenn D. Kabanuck
16                                         Glenn D. Kabanuck
17
18
19
20
21
22
23
24
25

Page 2 of 2
Notice of Appearance on Behalf of Defendant California Land Title of Marin
Case No. 4:08-cv-02677-SBA (prior related case number 3:08-cv-2677-PJH)