WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Barbera/Pleading/Joinder Removal)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net; kshakibi@wrightlegal.net

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC., fka
FAIRBANKS CAPITAL CORPORATION, erroneously sued herein as
SELECT PORTFOLIO SERCIVING CORP., and FAIRBANKS HOLDING
CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>  Plaintiff,<br><br>  v.<br><br>WMC MORTGAGE CORPORATION a California Corporation; aka WMC DIRECT, a California Business Entity, GE CONSUMER FINANCE, a unit of General Electric Company; SELECT PORTFOLIO SERVICING CORP., a Utah Corporation, FAIRBANKS HOLDING CORPORATION, Delaware Corporation; and LAND TITLE COMPANY OF MARIN, a California Business Entity; and DOES 1 through 100, inclusive.<br><br>  Defendants. | Case No.: 4:08-CV-02677-SBA<br><br>Earlier Related Case: 4:04-cv-03738-SBA<br><br>*[Assigned to Hon. Saundra Brown Armstrong]*<br><br>**DEFENDANT SELECT PORTFOLIO SERVICING, INC. fka FAIRBANKS CAPITAL CORP.'S JOINDER IN WMC MORTGAGE LLC'S MOTION TO DISMISS COMPLAINT**<br><br>Date: July 29, 2008<br>Time: 1:00 p.m.<br>Dept.: 3, Third Floor |

1

DEFENDANT SELECT PORTFOLIO SERVICING INC.'S
JOINDER IN WMC MORTGAGE LLC'S MOTION TO DISMISS


1  Defendant Select Portfolio Servicing, Inc., *formerly known as* Fairbanks
2  Capital Corporation, **erroneously sued herein as two separate entities** Select
3  Portfolio Servicing Corporation and Fairbanks Holding Corporation, **hereby joins**
4  in co-defendants' WMC MORTGAGE LLC, and GE CONSUMER FINANCE,
5  INC.'S "Notice of Motion and Motion to Dismiss the Complaint."

 

        Respectfully submitted,

        WRIGHT, FINLAY & ZAK, LLP

Dated: June 30, 2008    By:  *Kathy Shakibi/*
        Robin Prema Wright, Esq.,
        Kathy Shakibi, Esq.,
        Attorneys for Defendants,
        SELECT PORTFOLIO SERVICING, INC.,
        fka FAIRBANKS CAPITAL CORP.
        erroneously sued herein as two
        separate entities SELECT
        PORTFOLIO SERVICING CORP.
        and FAIRBANKS HOLDING CORP.

DEFENDANT SELECT PORTFOLIO SERVICING INC.'S
JOINDER IN WMC MORTGAGE LLC'S MOTION TO DISMISS

| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Robin Prema Wright, Esq., SBN 150984 |
| 2 | Kathy Shakibi, Esq., SBN 237182 |
| 3 | 4665 MacArthur Court, Suite 280 |
| | Newport Beach, CA 92660 *(Barbera/Pleading/COS)* |
| 4 | Tel: (949) 477-5050; Fax: (949) 477-9200 |
| 5 | rwright@wrightlegal.net, kshakibi@wrightlegal.net |
| 6 | |
| | Attorneys for Defendants |
| 7 | SELECT PORTFOLIO SERVICING, INC., fka |
| 8 | FAIRBANKS CAPITAL CORPORATION, erroneously sued herein as |
| | SELECT PORTFOLIO SERVICING CORP., and FAIRBANKS HOLDING |
| 9 | CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

PATRICIA C. BARBERA,                               ) Case No.: 4:08-CV-02677-SBA
                                                   )
          Plaintiff,                       ) *[Assigned to Hon. Saundra Brown*
                                                   ) *Armstrong]*
   v.                                              )
                                                   ) **CERTIFICATE OF SERVICE**
WMC MORTGAGE CORPORATION a                         )
California Corporation; aka WMC                    )
DIRECT, a California Business Entity,              )
GE CONSUMER FINANCE, a unit of                     )
General Electric Company; SELECT                   )
PORTFOLIO SERVICING CORP., a                       )
Utah Corporation, FAIRBANKS                        )
HOLDING CORPORATION, Delaware                      )
Corporation; and LAND TITLE                        )
COMPANY OF MARIN, a California                     )
Business Entity; and DOES 1 through                )
100, inclusive.                                    )
                                                   )
          Defendants.                      )
_____)

1
CERTIFICATE OF SERVICE

1
2                                                    )
                                                     )
3                                                    )

4       I, Gretchen Grant, declare as follows:

5       I am employed in the County of Orange, State of California. I am over the
age of eighteen (18) and not a party to the within action. My business address is
6    4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily
familiar with the practices of Wright, Finlay & Zak, LLP, for collection and
7    processing of correspondence for mailing with the United States Postal Service.
8    Such correspondence is deposited with the United States Postal Service the same
day in the ordinary course of business.
9
10   On June 30, 2008, I served the within **DEFENDANT SELECT PORTFOLIO
SERVICING, INC. fka FAIRBANKS CAPITAL CORP.'S JOINDER IN
11   WMC MORTGAGE LCC'S MOTION TO DISMISS COMPLAINT** on all
12   interested parties in this action as follows:

13
[X]    by placing true copies thereof enclosed in sealed envelopes addressed as
14   follows:

15
          See attached service list
16
17   [X]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed
          on this date following ordinary business practices via U.S. Mail.
18
     [ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949)
19          477-9200, complied with California Rules of Court, Rule 2003, and no error
20          was reported by the machine.

21   [ ]    (BY PERSONAL SERVICE) I have caused our Service of Process, First
          Legal to serve such envelope on all interested parties in this action.
22
23   [ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and
          correct copies of thereof enclosed in a package designated by Federal
24          Express with the delivery fees provided for.

25   [X]    (State) I declare under penalty of perjury under the laws of the State of
          California that the foregoing is true and correct.
26
27          Executed on June 30, 2008, at Newport Beach, California.

28
          */Gretchen Grant/*

                                    2
                         CERTIFICATE OF SERVICE

1  SERVICE LIST:
2
3  Patricia C. Barbera
   24 Caribe Isle
4  Novato, CA 94949
5  415-382-9617; fax: 415-382-0756
   **Plaintiff In Pro Per**
6
7  Scott Jacobs, Esq,
8  Christopher Rivas, Esq.
   Reed Smith LLP
9  355 South Grand Avenue, Suite 2900
10 Los Angeles, CA 90071
   (213) 457 8000; Fax: (213) 457 8080
11 **Attorney for WMC MORTGAGE, LLC, and**
12 **GE Consumer Finance, Inc.**
13
   Glenn D. Kabanuck, Esq.
14 Daniel A. Gamer, Attorney at Law
15 55 Professional Center Parkway, Ste. H
   San Rafael, CA 94903-2739
16 415-472-6655; Fax: 415-472-3940
17 **Attorneys for California Land Title of Marin**
18
19
20
21
22
23
24
25
26
27
28

3
CERTIFICATE OF SERVICE