WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Barbera/Pleading/Notice Continue MTD)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net; kshakibi@wrightlegal.net

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC., fka FAIRBANKS CAPITAL CORPORATION, erroneously sued herein as SELECT PORTFOLIO SERCIVING CORP., and FAIRBANKS HOLDING CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

PATRICIA C. BARBERA,

Plaintiff,

v.

WMC MORTGAGE CORPORATION a California Corporation; aka WMC DIRECT, a California Business Entity, GE CONSUMER FINANCE, a unit of General Electric Company; SELECT PORTFOLIO SERVICING CORP., a Utah Corporation, FAIRBANKS HOLDING CORPORATION, Delaware Corporation; and LAND TITLE COMPANY OF MARIN, a California Business Entity; and DOES 1 through 100, inclusive.

Defendants.

Case No.: 4:08-CV-02677-SBA

Earlier Related Case: 4:04-cv-03738-SBA

*[Assigned to Honorable Saundra Brown Armstrong]*

**DEFENDANT SELECT PORTFOLIO SERVICING, INC. fka FAIRBANKS CAPITAL CORP.'S NOTICE OF CONTINUANCE OF HEARING DATE ON MOTION TO DISMISS COMPLAINT**

Current Hearing Date:
Date: July 22, 2008
Time: 1:00 p.m.
Dept.: 3, Third Floor

) Proposed hearing Date:
) Date: July 29, 2008
) Time: 1:00 p.m.
) Dept.: 3, Third Floor

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Select Portfolio Servicing, Inc., *formerly known as* Fairbanks Capital Corporation, **erroneously sued herein as two separate entities** Select Portfolio Servicing Corporation and Fairbanks Holding Corporation, **hereby continues** the hearing date on its Motion to Dismiss the Complaint for Failure to State a Claim, presently scheduled for July 22, 2008, at 1:00 p.m., in Department "3" of the above-entitled Court, located at 1301 Clay Street, Suite 400 S, Courtroom 3, 3rd floor, Oakland, California, 94612, to **July 29, 2008,** at 1:00 p.m., in the same Court.

Pursuant to Local Rule 7-7, a party who has filed a motion may file a notice continuing the originally noticed hearing date for that motion to a later date if (1) no opposition is filed, and (2) the notice of continuance is filed prior to the date on which the opposition is due pursuant to Local Rule 7-3(a).

Plaintiff Patricia Barbera's Opposition is due on July 1, 2008. At the time of filing this Notice, the Court docket does not show that any opposition has been filed. This Notice is filed prior to the date when Plaintiffs' Opposition is due.

///

///

///

///

///

///

///

///

Good cause exists for this continuance as two co-defendants have Motions to Dismiss the Complaint scheduled for hearing on July 29, 2008, at 1:00 p.m. All motions to dismiss should be heard together as the issues and arguments are similar, and judicial efficiency is furthered by having all motions heard at the same time.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: June 30, 2008

By: *Kathy Shakibi/*
Robin Prema Wright, Esq.,
Kathy Shakibi, Esq.,
Attorneys for Defendants,
SELECT PORTFOLIO SERVICING, INC.,
fka FAIRBANKS CAPITAL CORP. erroneously sued herein as two separate entities SELECT PORTFOLIO SERVICING CORP. and FAIRBANKS HOLDING CORP.

3

DEFENDANT SELECT PORTFOLIO SERVICING INC.'S
NOTICE OF CONTINUANCE OF HEARING ON MOTION TO DISMISS

WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Kathy Shakibi, Esq., SBN 237182
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Barbera/Pleading/COS)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net, kshakibi@wrightlegal.net

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC., fka FAIRBANKS CAPITAL CORPORATION, erroneously sued herein as SELECT PORTFOLIO SERVICING CORP., and FAIRBANKS HOLDING CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION a California Corporation; aka WMC DIRECT, a California Business Entity, GE CONSUMER FINANCE, a unit of General Electric Company; SELECT PORTFOLIO SERVICING CORP., a Utah Corporation, FAIRBANKS HOLDING CORPORATION, Delaware Corporation; and LAND TITLE COMPANY OF MARIN, a California Business Entity; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.: 4:08-CV-02677-SBA<br><br>*[Assigned to Hon. Saundra Brown Armstrong]*<br><br>**CERTIFICATE OF SERVICE** |

)
)
)

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On June 30, 2008, I served the within **DEFENDANT SELECT PORTFOLIO SERVICING, INC. fka FAIRBANKS CAPITAL CORP.'S NOTICE OF CONTINUANCE OF HEARING DATE ON MOTION TO DISMISS COMPLAINT on** all interested parties in this action as follows:

[X] by placing true copies thereof enclosed in sealed envelopes addressed as follows:

See attached service list

[X ] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices via U.S. Mail.

[ ] (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ] (BY PERSONAL SERVICE) I have caused our Service of Process, First Legal to serve such envelope on all interested parties in this action.

[ ] (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2008, at Newport Beach, California.

*/Gretchen Grant/*

SERVICE LIST:

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949
415-382-9617; fax: 415-382-0756
**Plaintiff In Pro Per**

Scott Jacobs, Esq,
Christopher Rivas, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 457 8000; Fax: (213) 457 8080
**Attorney for WMC MORTGAGE, LLC, and GE Consumer Finance, Inc.**

Glenn D. Kabanuck, Esq.
Daniel A. Gamer, Attorney at Law
55 Professional Center Parkway, Ste. H
San Rafael, CA 94903-2739
415-472-6655; Fax: 415-472-3940
**Attorneys for California Land Title of Marin**