1 | Patricia C. Barbera
2 | 24 Caribe Isle,
  | Novato, Ca. 94949
3 | Tele: (415) 382-9617
  | Fax: (415) 382-0756
4 |
5 | In Pro Per

**FILED**

JUN 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| PATRICIA C. BARBERA, | CASE NO. CV 08-2677 SBA |
| --- | --- |
| Plaintiff, | [Vacate and Remand to Superior Court of California, County of Marin, Case No. CV 081763] |
| v. | PLAINTIFF'S DECLARATION OF SUPPORT OF JUDICIAL NOTICE OF ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO DETER FRAUDULENT ACTIONS. |
| WMC MORTGAGE CORPORATION Defendant, | |
| CAL LAND TITLE COMPANY OF MARIN, Defendant, | |
| SELECT PORTFOLIO SERVICING, INC Defendant. | |

BY FAX

---

Declaration in Support of Request for Judicial Notice of the Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.

1

I, Patricia C. Barbera, hereby declare and say:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of the Administrative Motion to Shorten the Time of the Hearing to Deter Any More Fraudulent Actions.

3. On 5/28/08 REEDSMITH filed a Notice of Removal from the Superior Court of Marin County. On that date they knew that their client, WMC MORTGAGE *had not answered their summons, and were in default.* They also knew that they had *waived their right to litigate in this case*. Nevertheless, they issued voluminous documents, pleadings and filings which were replete with *Contempt of Court, Perjury, and Conspiracy* violations.

4. On May 30, 2008. I personally reviewed the Marin County Superior Court files in this action. This review disclosed that WMC MORTGAGE had failed to Answer Their Summons. I realized that **THEY WERE IN DEFAULT.**

5. On that date I e-mailed My Objections to the Removal, on two causes, to Rivas which He denied..

6. On June 3, 2008, I again e-mailed Rivas a detailed objection on the cause that They were in default and suggested that He might dismiss the case, to which He shouted, said that I was threatening Him and disparaged Me.

7. They enjoined Select Portfolio Servicing (represented by WRIGHT, FINLAY & ZAK) and Cal Land Title Company of Marin (represented by THE LAW OFFICES OF DANIEL A. GAMER) into joining this tort undertaking..

8. Based on Defendants' continuance to commit multiple criminal acts against this Court and the Plaintiff, Plaintiff has no choice but to move this Court for the Instant Administrative Motion.

---

Declaration in Support of Request for Judicial Notice of the Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.

2

1  I declare under penalty under the laws of State of California and the laws of the United
2  States that the foregoing is true and correct.

3
4  Executed this 30rd day of June, 2008 at Novato, California.

*[signature: Patricia C. Barbera]*

PATRICIA C. BARBERA

---

Declaration in Support of Request for Judicial Notice of the Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions.

3