1  Patricia C. Barbera
2  24 Caribe Isle,
   Novato, Ca. 94949
3  Tele: (415) 382-9617
   Fax: (415) 382-0756
4
5  In Pro Per

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA, | CASE NO. CV 08-2677 SBA |
| Plaintiff, | [Vacate and Remand to Superior Court of California, County of Marin, Case No. CV 081763] |
| v | |
| WMC MORTGAGE CORPORATION | PLAINTIFF BARBERA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO DETER FRAUDULENT ACTIONS; AND TO NOTICE WRONGFUL REMOVAL AND TO VACATE THIS CASE AND REMAND IT TO THE STATE COURT FROM WHICH IT CAME. |
| Defendant, | |
| CAL LAND TITLE COMPANY OF MARIN, | |
| Defendant, | |
| SELECT PORTFOLIO SERVICING, INC | |
| Defendant. | |

BY FAX

REQUEST FOR JUDICIAL NOTICE

Pursuant to Civil Local Rule 6-3, Plaintiff Patricia C. Barbera submits this Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions and to Notice Wrongful Removal to Vacate this Case and Remand it to the State Court from Which it Came.

This Administrative Motion is submitted on the grounds that good cause exists for this Court to shorten the time to Deter fraudulent actions and to Notice Wrongful Removal to Vacate this Case and Remand it to the State Court from Which it Came.

Accordingly, Plaintiff respectfully requests that this Court grant the instant Administrative Motion. This Motion is based on the following Memorandum of Points and Authorities, the Declaration of Patricia C. Barbera, and the Proposed Order filed and lodged concurrently herewith.

## INTRODUCTORY STATEMENT

On 5/28/08 REEDSMITH filed a Notice of Removal from the Superior Court of Marin County. On that date they knew that their client, WMC MORTGAGE, **had not answered their summons, and were in default.** They also knew that they had **waived their right to litigate in this case**. Nevertheless, they issued and continue to issue voluminous documents, pleadings and filings which are replete with: **Contempt of Court, Perjury, and Conspiracy** violations.

They obtained the approval of Select Portfolio Servicing (represented by WRIGHT, FINLAY & ZAK) and Cal Land Title Company of Marin (represented by THE LAW OFFICES OF DANIEL A. GAMER) into joining and issuing tort documents.

In the second page of their Notice of Removal of Action, Christopher Rivas and Scott Jacobs assure and lull this Court that the removal is proper:

"1.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT JURISDICTION PURSUANT TO 28 U.S.C. § 1331 AND § 1441"

## MEMORANDUM OF POINTS AND AUTHORITIES

2.

REQUEST FOR JUDICIAL NOTICE

A.   **Procedural and Factual Backround.**

As described more fully in Plaintiffs Notice of Wrongful Removal and Motion for Remand and Vacate, filed in this Court on June 13, 2008, Defendants have, and continue to commit multiple criminal acts against this Court and the Plaintiff.

Plaintiff contacted Christopher Rivas by fax and Glenn Kabanuck by phone and received negative responses from both.

As a result, Plaintiff has no choice but to file this Administrative Motion to Shorten the Time of the Hearing to Deter Fraudulent Actions and to Notice Wrongful Removal to Vacate this Case and Remand it to the State Court from Which it Came.

B.   **LEGAL ANALYSIS**

CivilLocal Rule 6-3 authorizes this Court to enlarge or shorten time upon the noticed motion of any of the parties, so long as the Motion:

"(1) Sets forth with particularity, the reasons for the requested enlargement or shortening of time;

(2) Describes the efforts the party has made to obtain a stipulation to the time change;

(3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; and

\* \* \*

(5) Discloses all previous time modifications in the case, whether by stipulation or Court order;

(6) Describes the effect the requested time modification would have on the schedule for the case."

*See* Civ. L.R. 6-3

Pursuant to the above-referenced requirements in the Civil Local Rule 6-3, Plaintiff states that: (1) That She requires a shorter time for the hearing to deter any more fraudulent actions; (2) Plaintiff contacted Christopher Rivas by fax and Glenn Kabanuck by phone and received negative responses from both; (3) without such shortening, Plaintiff will suffer substantial harm

3.

---

REQUEST FOR JUDICIAL NOTICE

1  and prejudice, on the basis that decisions and orders will occur by an unknowing Court. Plaintiff
2  also notes that the shortening will give the Court a view of the case at the earliest time, and
3  benefit the Public at Large.

4      Further, under Civil Local Rule 6-3, Plaintiff states that: (5) Defendants obtained a Court
5  Order for an extension of time on 06/11/08; (6) the requested shortening will not affect any
6  scheduled hearings, motions or deadlines in this case.

7  **C.  CONCLUSION**

8      For the reasons stated above, Plaintiff respectfully request that the Court Grant Plaintiff
9  the Instant Administrative Motion and to Notice Wrongful Removal to Vacate this Case and
10 Remand it to the State Court from Which it Came.

11
12 DATED: JULY 1, 2008                    *Patricia C. Barbera*
13                                                    PATRICIA C. BARBERA

---

REQUEST FOR JUDICIAL NOTICE

4

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My address is: 929 Susan Way, Novato, California 94947. On July 1, 2008, I served the following documents by placing them in a sealed envelopes into the UPS Overnight Mail, postage prepaid at the following addresses:

ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO DETER FRAUDULENT ACTIONS; DECLARATION; ORDER.

Christopher O. Rivas, Esq.
Scott H. Jacobs, Esq.
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Glenn D. Kabanuck, Esq.
Law Office of Daniel A Gamer
55 Professional Center
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & Zak, LLP
4655 MacArthur Court, Suite 280
Newport Beach, CA 92660

I, declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 1, 2008, at Novato, California.

SHERRY MENDENHALL