1  **GLENN D, KABANUCK, ESQ. (SBN 75268)**
   **LAW OFFICES OF DANIEL A. GAMER (SBN 42818)**
2  **55 Professional Center Parkway, Suite H**
   **San Rafael, CA 94903-2729**
3
   **Telephone:  (415) 472-6655**
4  **Facsimile:  (415) 472-3940**

5  **Attorney for Defendant**
   **CALIFORNIA LAND TITLE OF MARIN**
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | **PATRICIA C. BARBERA,** | ) Case No.: Case No. 4:08-cv-02677-SBA
13 |         **Plaintiff,**   | ) (prior related case number
                               |    3:08-cv-2677-PJH)
14 |     vs.                   | )
                               | ) **CALIFORNIA LAND TITLE OF**
15 | **WMC MORTGAGE CORPORATION, a** ) **MARIN'S JOINDER IN OPPOSITION**
   | **California corporation, et al., aka** ) **TO PLAINTIFF'S MOTION TO**
16 | **WMCDirect; a California Business Entity;** ) **REMAND AND JOINDER IN NOTICE**
   | **GE Consumer Finance, a unit of General** ) **OF REMOVAL OF ACTION**
17 | **Electric Company; Select Portfolio** |
18 | **Servicing Corp, a Utah Corporation;** |
   | **Fairbanks Holding Corporation, a** |
19 | **Delaware Corporation; And Land Title** | ) Date: July 29, 2008
   | **Company of Marin, a California Business** | ) Time: 1:00 p.m.
20 | **Entity; Does 1 thru 100, inclusive,** | ) Court: Hon. Saundra B. Armstrong
21 |         **Defendants.**   | )
22 | _____ | )

23

24
        PLEASE TAKE NOTICE that on July 29, 2008 at 1:00 p.m. or as soon thereafter as
25
   counsel may be heard by the above-entitled Court, located at 1301 Clay Street, Oakland,

Page 1 of 3
California Land Title of Marin's Joinder in Opposition to Plaintiff's Motion to Remand and
and Joinder in Notice of Removal of Action
Case No. 4:08-cv-02677-SBA (prior related case number 3:08-cv-2677-PJH)

1  California 94612, Defendant CALIFORNIA LAND TITLE OF MARIN ("CAL LAND")
2  sued herein as LAND TITLE COMPANY OF MARIN and/or CALIFORNIA LAND TITLE
3  COMPANY OF MARIN, will and does hereby join in and incorporates the Opposition filed
4  by Defendants WMC MORTGAGE, LLC and GE CONSUMER FINANCE, INC. to Plaintiff
5  PATRICIA C. BARBERA's Motion to Remand.

    Defendant CAL LAND further joins in said Defendants' previously-filed "Notice of
Removal of Action Pursuant to 28 U.S.C. §§1331 and 1441", to this Court of the previous
state court action filed by Plaintiff PATRICIA C. BARBERA described in the said Notice of
Removal of Action.

Dated: July 15, 2008.

                                    /s/  Glenn D. Kabanuck
                                    Glenn D. Kabanuck
                                    Law Office of Daniel A. Gamer
                                    Attorney for Defendant
                                    California Land Title of Marin


    I, Glenn D. Kabanuck, am the ECF User whose ID and password are being used to file this Joinder in Opposition to Motion by Defendant California Land Title of Marin.

                                    /s/ Glenn D. Kabanuck
                                    Glenn D. Kabanuck

Page 2 of 3
California Land Title of Marin's Joinder in Opposition to Plaintiff's Motion to Remand and
and Joinder in Notice of Removal of Action
Case No. 4:08-cv-02677-SBA (prior related case number 3:08-cv-2677-PJH)

# **PROOF OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

| | |
|---|---|
| Scott H. Jacobs, Esq. | Robin Prema Wright, Esq. |
| Christopher O. Rivas, Esq. | Katayoun Shakibi, Esq. |
| Reed Smith LLP | Wright Finlay & Zak LLP |
| 355 South Grand Avenue, Suite 2900 | 4665 MacArthur Court, Suite 280 |
| Los Angeles, CA 90071 | Newport Beach, CA 92660 |
| Telephone:    213.457.8000 | Telephone:    949.477.5050 |
| Facsimile:    213.457.8080 | Facsimile:    949.477.9200 |
| Email:  shjacobs@reedsmith.com | Email: rwright@wrightlegal.net |
| Email:  crivas@reedsmith.com | Email: kshakibi@wrightlegal.net |

I further certify that I have mailed via United States mail, postage prepaid, the foregoing document to the following non-CM/ECF participant(s):

Patricia C. Barbera     **In Propria Persona**
24 Caribe Isle
Novato, CA 94949
Telephone:    415.382-9617
Facsimile:    415.382-0756

/s/  Glenn D. Kabanuck
Glenn D. Kabanuck

Page 3 of 3
California Land Title of Marin's Joinder in Opposition to Plaintiff's Motion to Remand and
and Joinder in Notice of Removal of Action
Case No. 4:08-cv-02677-SBA (prior related case number 3:08-cv-2677-PJH)