1 Patricia C. Barbera
2 24 Caribe Isle,
3 Novato, Ca. 94949
  Tele: (415) 382-9617
4 Fax: (415) 382-0756
5
6 In Pro Per
7

FILED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA,<br><br>        Plaintiff,<br>        v<br><br>WMC MORTGAGE CORPORATION<br><br>        Defendant<br><br>CAL LAND TITLE COMPANY OF MARIN,<br>        Defendant,<br><br>SELECT PORTFOLIO SERVICING, INC<br><br>        Defendant. | CASE NO. CV 08-2677 SBA<br>[Vacate and Remand to Superior Court<br> Of California, County of Marin,<br> Case No. CV 081763]<br><br>PLAINTIFF PATRICIA C.<br>BARBERA'S REPLY TO<br>DEFENDANTS OPPOSITION TO<br>PLAINTIFF'S MOTION TO ALL<br>REPLIES AND OPPOSITIONS<br><br>BY FAX |

---

Plaintiff's reply to satisfy all replies and oppositions

1. **UNDISPUTABLE FACTS:**

   1. The Marin County Superior Court has the TRUE jurisdiction.

   2. REED SMITH ETAL. is in default and are prohibited from litigating.

   3. REED SMITH ETAL' filings are fraudulent and must be struck on their face.

   4. PATRICIA C. BARBERA is 77 Years Old, is disabled, and has been the victim of 'FINANCIAL ABUSE' from REED SMITH ETAL and/or their clients for a decade.

   5. The CALIFORNIA WELFARE AND INSTITUTIONS CODE § 15600:
      (a) The Legislature recognized that the elders and dependant adults may be subjected to abuse, neglect, or abandonment and that this State has the responsibility to protect these persons.

   6. The CALIFORNIA WELFARE AND INSTITUTIONS CODE § 15656.03.
      (d) (1) Upon filing a petition for protective orders under this section, the petitioner may obtain a temporary restraining order iin accordance with Section 527 of the Code of Civil Procedure.

   7. On May 22, 2008 that was precisely what she did. See exhibit order executed on May 23, 2008 (Precedent)

2. **CONCLUSION:**

   As a result of the Foregoing Undisputable Facts, I believe that REED SMITH ETAL'S bad acts have prevented any litigation whatsoever, and that these documents should not prevail.

Respectfully Submitted,

Date: July 18, 2008

Patricia C. Barbera

*Patricia C. Barbera*

---

Plaintiff's reply to satisfy all replies and oppositions

## PROOF OF SERVICE

I, Sherry Mendenhall, hereby certify that on this 18th day of July 2008, a true and correct copy of the foregoing Plaintiff Barbera's Administrative Motion to shorten time and for Remand and Vacate and reply, was served upon all counsel of record by UPS Overnight Mail, postage prepaid at the following addresses:

Christopher O. Rivas, Esq.
Scott H. Jacobs, Esq.
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Glenn D. Kabanuck, Esq.
Law Office of Daniel A Gamer
55 Professional Center
Suite H
San Rafael, CA 94903

Robin Prema Wright, Esq.
Wright, Finlay & Zak, LLP
4655 MacArthur Court, Suite 280
Newport Beach, CA 92660

By: /s/ Sherry Mendenhall
SHERRY MENDENHALL

PROOF OF SERVICE