1 | Patricia C. Barbera
2 | 24 Caribe Isle,
  | Novato, Ca. 94949
3 | Tele: (415) 382-9617
4 | Fax: (415) 382-0756

5 | In Pro Per

**FILED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICIA C. BARBERA, | CASE NO. CV 08-2677 SBA |
| Plaintiff, | [Vacate and Remand to Superior Court of California, County of Marin, Case No. CV 081763] |
| v. | PLAINTIFF'S DECLARATION OF SUPPORT OF JUDICIAL NOTICE OF ADMINISTRATIVE MOTION TO SHORTEN THE TIME OF THE HEARING TO STRIKE FRAUDULENT DOCUMENTS AND TO VACATE THIS CASE AND REMAND IT TO THE STATE COURT FROM WHICH IT CAME. |
| WMC MORTGAGE CORPORATION Defendant, | |
| CAL LAND TITLE COMPANY OF MARIN, Defendant, | |
| SELECT PORTFOLIO SERVICING, INC Defendant. | BY FAX |

Declaration in Support of Request for Judicial Notice of the Administrative Motion to Shorten the Time of the Hearing to Strike Fraudulent Documents and to Vacate this Case and Remand it to the State Court From Which it Came.

1

I, Patricia C. Barbera, hereby declare and say:

1. I am the Plaintiff in this action. I am 77 years old and disabled. I have been the victim of 'Financial Abuse' for a decade from REED SMITH ETAL and/or their clients

2. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify competently thereto.

3. I submit this declaration in support of the Administrative Motion to Shorten the Time of the Hearing to Strike fraudulent documents; and to Vacate this Case And Remand it to the State Court from Which it Came.

4. On 5/28/08 REEDSMITH filed a Notice of Removal from the Superior Court of Marin County. On that date they knew that their client, WMC MORTGAGE *had not answered their summons, and were in default.* They also knew that they had *waived their right to litigate in this case*. Nevertheless, they issued voluminous documents, pleadings and filings which were replete with *Contempt of Court, Perjury, and Conspiracy* violations.

5. On May 30, 2008. I personally reviewed the Marin County Superior Court files in this action. This review disclosed that WMC MORTGAGE had failed to Answer Their Summons. I realized that **THEY WERE IN DEFAULT.**

6. On that date I e-mailed My Objections to the Removal, on two causes, to Rivas which He denied..

7. On June 3, 2008, I again e-mailed Rivas a detailed objection on the cause that They were in default and suggested that He might dismiss the case, to which He shouted, said that I was threatening Him and disparaged Me.

---

Declaration in Support of Request for Judicial Notice of the Administrative Motion to Shorten the Time of the Hearing to Strike Fraudulent Documents and to Vacate this Case and Remand it to the State Court From Which it Came.

2

Case 4:08-cv-02677-SBA   Document 40   Filed 07/21/2008   Page 3 of 7

```
                                                    FILED

 1  Patricia C. Barbera                             MAY 2 3 2008
 2  24 Caribe Isle
    Novato, CA 94949                         KIM TURNER, Court Executive Officer
 3  In Pro Per                               MARIN COUNTY SUPERIOR COURT
 4  Phone: (415) 382-9617                          By. S Bond, Deputy
 5  Fax: (415) 382-0756
              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 6
                          COUNTY OF MARIN
 7
                     UNLIMITED CIVIL JURISDICTION
 8
 9
10
11  PATRICIA C. BARBERA,              CASE NO. CV 081763
12
13                                    ADD CAUSE OF ACTION TO SEEK
                                      INJUNCTIVE RELIEF.
14  Plaintiff,
15                                    TEMPORARY RESTRAINING
16       vs.                          ORDER, SPECIFIC
                                      PERFORMANCE ORDER and
17                                    PRELIMINARY INJUNCTION
18
19  WMC MORTGAGE CORPORATION,
    a California Corporation; aka WMC Direct,
20  a California Business Entity, GE
21  Consumer Finance, a unit of General
22  Electric Company; Select Portfolio
23  Servicing Corp, a Utah Corporation,
    Fairbanks Holding Corporation, a
24  Delaware Corporation; California
25  Land Title Company Of Marin, a
26  California Business entity;
27
28  Does 1 thru 100, inclusive.

              Defendants.
    _____/ / /
```

matter, and having moved ex parte for a Temporary Restraining Order and preliminary Injunction, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support thereof, and now being advised in the premises finds that:

1. This Court has jurisdiction of the subject matter of this case and there is good cause to believe it will have jurisdiction of all parties hereto;

2. There is good cause to believe that the defendants have engaged and are likely to engage in acts and practices that violate C.C.C. § 1780 AND TILA 15 U.S.C. § 1635 etal and that the Plaintiffs are therefore likely to prevail on the merits of this action;

3. There is good cause to believe that irreparable harm to the Plaintiff will continue without immediate action by this Court, and that damage will occur from the Continuing Slander Tort Wrongs, and the Harassment of Plaintiff, and their defiance to comply with rescission laws unless said defendants are immediately restrained and enjoined by Order of this Court.

4. Weighing the equities and considering the likelihood of ultimate success, a temporary restraining order with equitable relief is in the public interest; and

5. No security is required of the Plaintiffs for the issuance of the restraining order.

## ORDER

### 1.

### PROHIBITED BUSINESS ACTIVITIES

IT IS THEREFORE ORDERED THAT, In connection with the property of BARBERA which is encumbered by a WMC loan,

1) the fraudulent accounting activities, harassing or threatening her, the Defendants are hereby temporarily restrained, and

2) enjoined from: a) in any way interfering with the BARBERA's enjoyment of her Property and b) claiming exorbitant and fraudulent demands: 1) Payoff Statement

2

1  2) enjoined from: a) in any way interfering with the BARBERA's enjoyment of her
2  Property and b) claiming exorbitant and fraudulent demands: 1) Payoff Statement
3  $1,214,316.51, 2) Latest Monthly Statement $237,372.77, 3) Withholding rescission
4  compliance and
5  3) order the restitution of the Defiant Predatory Lender, WMC whereby the lender
6  must comply with the rescission laws to terminate their security interest and
7  execute the deed of reconveyance as mandated in Truth In-lending
8  (Tila), 15 U.S.C.S. § 1635 et Seq and 12 C.F.R. § 226.15 et Seq., which is:
9  A)  Executing the Full Deed of Reconveyance and recording it at the Marin
10     County Recorder's office within 24 hours; and
11 B)  to confer with Plaintiff to obtain accurate accountings and
12 C)  refunding the accurate amount due within one month.

### 11.

### ORDER TO SHOW CAUSE

15 IT IS FURTHER ORDERED, that Defendants shall appear before this Court on the
16 __11__ day of __JUNE__ 2008 at __9:00__ o'clock __a__ m.,
17 at the Marin County Superior Courthouse, Room __B__ to show cause, if there is any, why
18 this Court should not enter a ~~Further~~ Restraining Order, in substantially the form of this
19 order, pending final ruling on the Complaint against Defendants, enjoining from further
20 violation of C.C.C. § 1780 and TILA 15 U.S.C. § 1635 et seq and imposing such additional
21 relief as may be appropriate.

### 111.

### SERVICE OF ORDER

24 IT IS FURTHER ORDERED that copies of this Order may be serviced by any means,
25 including facsimile transmission or electronic mail, upon any entity or person that may be
26 subject to any provision of this order.

### 1V.

### RETENTION OF JURISDICTION

1  IT IS FURTHER ORDERED that this Court will retain jurisdiction of this matter for all
2  purposes.
3  SO ORDERED, this  23  day of  MAY , 2008, at  9:20  m.

_[signature]_
Honorable Judge
California Superior Court Judge
County of Marin

4