1  Patricia C. Barbera
   24 Carib e Isle
2  Novato, CA 94949
3  Phone: (415) 382-9617
   Fax: (415) 382-0756
4
5
6
7
8              UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10 PATRICIA C. BARBERA,              CASE: NO CV 08-2677 SBA
11       Plaintiff,                  REQUEST FOR CONTINUANCE
                                     OF HEARINGS
12
         v
13
   WMC MORTGAGE CORPORATION,
14
15       Defendant,
16 SELECT PORTFOLIO SERVING, INC,
17       Defendant,                  
18 CAL LAND TITLE COMPANY OF MARIN,
19
         Defendant.
20
21 _____///
22
23 TO: THE HONORABLE JUDGE SAUNDRA BROWN ARMSTRONG; and Attorneys:
24 of REED SMITH; WRIGHT, FINLAY & ZAK, and DANIEL A. GAMER LAW OFFICE.
25
        I am 77 years old and disabled.
26
        I am in the process of looking for an attorney. I realize that I cannot protect my rights
27
28 without the help of an attorney.
        I respectfully ask that Your Honor put over the hearings on the motions for six weeks,

FILED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BY FAX

in order to give me sufficient time in which to find a lawyer. The lawyer will need time in which to look over the voluminous papers and write something for me.

Date: July 24, 2008

*Patricia C. Barbera*
PATRICIA C. BARBERA

# PROOF OF SERVICE

I, Sherry Mendenhall, hereby certify that on this 24RD day of July 2008, a true and correct copy of the foregoing Plaintiff Barbera's REQUEST FOR CONTINUANCE OF HEARINGS was served upon all counsel of record by Fax and UPS Overnight Mail, postage prepaid at the following addresses:

Christopher O. Rivas, Esq.
Scott H. Jacobs, Esq.
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Fax: 212.457.8080

Glenn D. Kabanuck, Esq.
Law Office of Daniel A Gamer
55 Professional Center
Suite H
San Rafael, CA 94903
Fax: 472-6655

Robin Prema Wright, Esq.
Wright, Finlay & Zak, LLP
4655 MacArthur Court, Suite 280
Newport Beach, CA 92660
Fax: (949) 477-9200

By: _____
SHERRY MENDENHALL

PROOF OF SERVICE