United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Barbera,<br><br>     Plaintiff(s),<br><br>  v.<br><br>WMC Mortgage Corporation,<br><br>     Defendant(s). | 08-02677 SBA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: August 21, 2008

9                                      RICHARD W. WIEKING
                                       Clerk
10                                     by:    Lisa M. Salvetti

11

12

13                                     _____
                                       ADR Administrative Assistant
                                       415-522-2032
14                                     lisa_salvetti@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
08-02677 SBA                          -2-

**PROOF OF SERVICE**

Case Name:         Barbera v. WMC Mortgage Corporation

Case Number:      08-02677 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Patricia C. Barbera
> 24 Caribe Isle
> Novato, CA 94949
>
> Christopher Orlando Rivas
> Reed Smith LLP
> 355 South Grand Avenue
> Suite 2900
> Los Angeles, CA 90071-1514
> crivas@reedsmith.com
>
> Scott H. Jacobs
> Reed Smith LLP
> 355 S. Grand Ave.
> Suite 2900
> Los Angeles, CA 90071
> shjacobs@reedsmith.com
>
> Katayoun Shakibi
> Wright, Finlay & Zak, LLP
> 4665 MacArthur Court

Suite 280
Newport Beach, CA 92660
kshakibi@wrightlegal.net

Robin Prema Wright
Wright Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
rwright@wrightlegal.net

Daniel A. Gamer
Law Office of Daniel A. Gamer
55 Professional Center Parkway #H
San Rafael, CA 94903-2729
dan@gamerlaw.com

Glenn David Kabanuck
55 Professional Center Parkway
San Rafael, CA 94903-2729
glenn@gamerlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully
prepaid in the United States Post Office Mail Box in San Francisco, California,
addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on August 21, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov