1  Scott H. Jacobs (SBN 81980)
   Christopher O. Rivas (SBN 238765)
2  REED SMITH LLP
3  355 S. Grand Avenue, Suite 2900
   Los Angeles, CA 90071
4  Telephone:   213.457.8000
   Facsimile:    213.457.8080
5
6  Attorneys for Defendants
   WMC MORTGAGE, LLC AND
7  GE CONSUMER FINANCE, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

| | |
|---|---|
| 13  PATRICIA C. BARBERA, | Case No.: 4:08-cv-02677-SBA |
| 14                   Plaintiff | Earlier Related Case: 4:04-cv-03738-SBA |
| 15         vs. | JOINT CASE MANAGEMENT STATEMENT OF DEFENDANTS; PROPOSED ORDER |
| 16  WMC MORTGAGE CORPORATION, a California corporation; aka WMC Direct, a California Business Entity; GE Consumer Finance, a unit of General Electric Company; Select Portfolio Servicing Corp, a Utah Corporation; Fairbanks Holding Corporation, a Delaware Corporation; and Land Title Company of Marin, a California Business Entity; Does 1 thru 100, inclusive. | Case Management Conference<br>Date:       September 4, 2008<br>Time:       2:30 p.m.<br>Courtroom:  3, Third Floor<br><br>Honorable Saundra Brown Armstrong |
|                   Defendants. | |

All Defendants have filed motions to dismiss Plaintiff's complaint. Plaintiff failed to oppose or respond to these motions in any substantive or meaningful way. The motions were set for hearing on July 29, 2008, but the hearing was vacated and the motions taken under submission by this Court. The parties await this Court's rulings on the motions.

Defendants believe it is premature to discuss and formulate a discovery plan until the Court rules on the motions, in particular, given that this Court dismissed a nearly identical complaint filed by Plaintiff in an earlier related action. Therefore, Defendants request that the case be exempted from Rule 26(f) planning until the above motions are decided and an order entered thereon.

Nevertheless, to the extent a Rule 26(f) statement is required, Defendants state as follows:

A. **JOINT STATEMENT OF FACTS UNDERLYING THE ACTION**

1. <u>A brief description of the events underlying the action:</u>

At issue in this case is a mortgage in Plaintiff's name, about which Plaintiff unsuccessfully brought the same action against these same Defendants in 2004. Among other issues, Plaintiff alleges improprieties regarding the accounting on the mortgage and foreclosure efforts on same.

B. **PRINCIPAL ISSUES**

2. <u>The principal factual issues which the parties dispute:</u>

Defendants dispute Plaintiff's factual allegations in their entirety.

3. <u>The principal legal issues which the parties dispute:</u>

Pursuant to the motions for dismissal before this Court, Defendants believe that Plaintiff's causes of actions are substantively and procedurally deficient. Specifically, the motions assert that Plaintiff has failed to state a cause of action to support any of her claims, that all of her claims are time-barred by their respective statutes of limitation, and that the entire action is barred by the doctrines of claim and issue preclusion.

4. <u>The other factual issues [e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:</u>

Defendants caused this action to be removed from state to federal court. Plaintiff has filed a motion for remand, which has also been taken under submission by this Court, and upon which the parties await a ruling.

5. <u>The parties which have not been served and the reasons:</u>

Defendants were not properly served in the state court action, but have each and all voluntarily appeared in this action.

6. <u>The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:</u>

Defendants do not currently intend to join any parties, but reserve the right to do so as the facts develop in this action.

C. **ALTERNATIVE DISPUTE RESOLUTION**

7. *Please indicate the appropriate response(s).]*

The parties filed a Notice of Need for ADR Phone Conference and are awaiting scheduling of the phone conference.

D. **CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

9. <u>The following parties consent to assignment of this case to a United States Magistrate Judge for [court or jury] trial:</u>

None.

E. **DISCLOSURES**

11. <u>The parties certify that they have made the following disclosures</u> *[list disclosures of persons, documents, damage computations and insurance agreements]*:

Pending this Court's ruling on the Defendants' motions to dismiss, the Defendants have not yet made initial disclosures to Plaintiff.

F. **EARLY FILING OF MOTIONS**

12. <u>The following motions expected to have a significant effect either on the scope of discovery or other aspects of the litigation shall be heard by the date specified below:</u>

Defendants identify their motions to dismiss, which are currently under submission to this Court.

G.  **DISCOVERY**

13. <u>The parties agree to the following discovery plan</u> *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

   a) Disclosure of identities of all witnesses to be called in each party's case-in-chief to be exchanged by: February 2, 2009

   b) Fact discovery, including subpoenas for documents, document requests, depositions, interrogatories, requests for admissions and depositions, to be completed by: March 13, 2009.

   c) The parties do not anticipate any expert disclosures or discovery in this matter.

H.  **PRETRIAL AND TRIAL SCHEDULE**

14. <u>Requested trial date:</u>   June 22, 2009.

15. <u>Anticipated length of trial:</u>   Three (3) days.

16. <u>Type of trial:</u>  Court.

17. <u>Final pretrial conference:</u>   June 12, 2009.

18. <u>Joint pretrial conference statement and proposed pretrial order:</u>   June 5, 2009.

19. <u>Objections to exhibits or testimony:</u>  June 12, 2009.

20. <u>Deadline to hear motions directed to the merits of all or part of the case:</u>   May 26, 2009.

///
///
///
///
///
///
///
///
///

- 3 -
Case Management Statement

K.   IDENTIFICATION AND **SIGNATURE** LEAD TRIAL COUNSEL

DATED:  August 28, 2008                          REED SMITH LLP


                                                 By   /s/ Scott H. Jacobs
                                                    Scott H. Jacobs
                                                    Christopher O. Rivas
                                                    Attorneys for Defendants
                                                    WMC MORTGAGE, LLC AND
                                                    GE CONSUMER FINANCE, INC.


DATED:  August 28, 2008                          LAW OFFICE OF DANIEL A. GAMER


                                                 By   /s/ Glenn D. Kabanuck
                                                    Daniel A. Gamer
                                                    Glenn D. Kabanuck
                                                    Attorneys for Defendant
                                                    CALIFORNIA LAND TITLE OF
                                                    MARIN


DATED:  August 28, 2008                          WRIGHT, FINLAY & ZAK, LLP


                                                 By   /s/ Robin P. Wright
                                                    Robin P. Wright
                                                    Attorneys for Defendant
                                                    SELECT PORTFOLIO
                                                    SERVICING, INC.

## CASE MANAGEMENT ORDER

The Court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Joint Case Management Statement and Proposed Order filed prior to the conference.

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____, 2008

_____
**United States District/Magistrate Judge**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On August 28, 2008, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**JOINT CASE MANAGEMENT STATEMENT
OF DEFENDANTS; PROPOSED ORDER**

☒   by transmitting via email to the parties at the email addresses listed below:

Daniel A. Gamer   dan@gamerlaw.com, pat@gamerlaw.com
Glenn David Kabanuck   glenn@gamerlaw.com
Robin Prema Wright   rwright@wrightlegal.net, ggrant@wrightlegal.net

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949
Telephone: (415) 382-9617
Facsimile: (415) 382-0756
In Pro Per

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 28, 2008, at Los Angeles, California.

/s/ Donna Martin
Donna Martin