UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA C. BARBERA

              Plaintiff(s),

              v.

WMC MORTGAGE CORPORATION, et al.

              Defendant(s).
_____/

CASE NO. 4:08-cv-02677-SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Scott H. Jacobs | WMC Mortgage and GECF | (213) 457-8061 | shjacobs@reedsmith.com |
| Robin P. Wright | Select Portfolio Servicing | (949) 477-5059 | rwright@wrightlegal.net |
| Glenn D. Kabanuck | California Land Title of Marin | (415) 472-6655 | glenn@gamerlaw.com |
| Patricia Barbera | Pro Per | (415) 382-9617 | wobirds@comcast.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                                              Has Not Yet Responded
                                                                  Attorney for Plaintiff

Dated:_____                                              See Attached Signature Page
                                                                  Attorney for Defendant

Rev 12.05

DATED: August 28, 2008                REED SMITH LLP


By  /s/ Scott H. Jacobs
    Scott H. Jacobs
    Christopher O. Rivas
    Attorneys for Defendants
    WMC MORTGAGE, LLC AND
    GE CONSUMER FINANCE, INC.


DATED: August 28, 2008                LAW OFFICE OF DANIEL A. GAMER


By  /s/ Glenn D. Kabanuck
    Daniel A. Gamer
    Glenn D. Kabanuck
    Attorneys for Defendant
    CALIFORNIA LAND TITLE OF
    MARIN


DATED: August 28, 2008                WRIGHT, FINLAY & ZAK, LLP


By  /s/ Robin P. Wright
    Robin P. Wright
    Attorneys for Defendant
    SELECT PORTFOLIO
    SERVICING, INC.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On August 28, 2008, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

☒   by transmitting via email to the parties at the email addresses listed below:

Daniel A. Gamer    dan@gamerlaw.com, pat@gamerlaw.com
Glenn David Kabanuck    glenn@gamerlaw.com
Robin Prema Wright    rwright@wrightlegal.net, ggrant@wrightlegal.net

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Patricia C. Barbera
24 Caribe Isle
Novato, CA 94949
Telephone: (415) 382-9617
Facsimile: (415) 382-0756
In Pro Per

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 28, 2008, at Los Angeles, California.

/s/ Donna Martin
Donna Martin